# EXHIBIT

# A

# charles SCHWAB

| Session ID |
|---|
| 6175186 |

| | | | |
|---|---|---|---|
| 11/07/2019 02:29:18 PM | System | | [TRICIA BOUTROS] JOINED SESSION |
| 11/07/2019 02:29:18 PM | System | | PRESENTATION BEGIN |
| 11/07/2019 02:29:18 PM | System | | NEW SESSION CREATED |
| 11/07/2019 02:29:19 PM | System | | [▮▮▮▮] ASSIGNED SESSION |
| 11/07/2019 02:29:19 PM | System | | PRESENTATION TEXT Welcome to Charles Schwab. A Schwab investment professional will be with you shortly. |
| 11/07/2019 02:29:19 PM | System | | PRESENTATION TEXT Thank you for contacting Charles Schwab & Co., Inc. All interactions are subject to recordkeeping and monitoring. Brokerage chat representatives are registered with Charles Schwab & Co, Inc. and are unable to accept any trading or |
| 11/07/2019 02:29:19 PM | System | | PRESENTATION TEXT transaction requests, nor do they provide legal, tax or investment advice. The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer |
| 11/07/2019 02:29:19 PM | System | | PRESENTATION TEXT subsidiary, Charles Schwab & Co., Inc. (member SIPC), offers investment services and products, including Schwab brokerage accounts. |
| 11/07/2019 02:29:28 PM | System | | PRESENTATION TEXT We will be with you momentarily. |
| 11/07/2019 02:29:36 PM | System | | [▮▮▮▮] ACCEPTED SESSION |
| 11/07/2019 02:29:36 PM | System | | [▮▮▮▮] JOINED SESSION |
| 11/07/2019 02:29:36 PM | TRICIA BOUTROS | | I have an urgent situation I need assistance with. A $29,000 wire I received last week in exchange for property sold to the buyer was just reversed back out of my account. That should never have happened as the property was transferred last week |
| 11/07/2019 02:29:36 PM | System | | PRESENTATION END |
| 11/07/2019 02:29:50 PM | [▮▮▮▮] | | Hello Tricia, I am happy to help. Give me a moment to bring up your information. |
| 11/07/2019 02:30:04 PM | TRICIA BOUTROS | | I am extremely stressed about this b/c the property was already transferred to the sender of that wire. |
| 11/07/2019 02:30:12 PM | TRICIA BOUTROS | | and I cannot get a hold of the person now. |
| 11/07/2019 02:30:25 PM | TRICIA BOUTROS | | the person's name is [▮▮▮▮] |

| Timestamp | Sender | Message |
|---|---|---|
| 11/07/2019 02:30:31 PM | TRICIA BOUTROS | and they have a schwab account as well |
| 11/07/2019 02:30:42 PM | TRICIA BOUTROS | and sent me the verification last week when the sent the wire... |
| 11/07/2019 02:30:46 PM | ███ | Thank you. I'm reviewing now |
| 11/07/2019 02:31:05 PM | TRICIA BOUTROS | how could that be reversed? |
| 11/07/2019 02:33:09 PM | ███ | Have you been receiving the messages we have left for you about this? |
| 11/07/2019 02:33:24 PM | TRICIA BOUTROS | i guess the two major issues are (i) getting the funds back b/c I no longer have the property and (ii) not having my account restricted b/c I know I did absolutely nothing wrong. Nothing like this has ever happened to me before. I agreed to accept paymen |
| 11/07/2019 02:35:05 PM | ███ | Have you been receiving the messages we have left for you about this? |
| 11/07/2019 02:36:37 PM | TRICIA BOUTROS | No, i'm sorry. did you leave me voicemails? I apologize I haven't noticed b/c it wasn't even on my radar as a potential issue until seeing this reversal. I'm sorry I didn't notice. I was in court most of this week during the banking day (I'm an attorn |
| 11/07/2019 02:36:58 PM | ███ | Ok, one moment |
| 11/07/2019 02:37:56 PM | TRICIA BOUTROS | b/c I didn't anticipate there being any issue, I wasn't checking my messages but I do see them here now |
| 11/07/2019 02:38:59 PM | ███ | I'm working with the team that has been trying to contact you. It will be just another minute |
| 11/07/2019 02:39:04 PM | TRICIA BOUTROS | I'm extremely upset about this naturally, and I will provide you with any information I can to get this resolved immediately |
| 11/07/2019 02:42:08 PM | ███ | Thank you for your patience Tricia. The team has me on a brief hold while they gather some information that will help us on what the next steps are here |
| 11/07/2019 02:42:59 PM | TRICIA BOUTROS | Again, I wish I had noticed the messages sooner, it just never crossed my mind there was a problem. The person did not get in touch with me directly either, I just checked. I am baffled and in shock right now. |
| 11/07/2019 02:44:14 PM | ███ | I completely understand. I'm still on hold for the team that reached out to you. They will give me the next steps |
| 11/07/2019 02:46:44 PM | TRICIA BOUTROS | I'm sure there has to be something I can do b/c I cannot afford to just lose 29,000 and if I cannot get back the property I have already transferred to the sender of this wire, I don't know what recourse to take. I just have never had anything like this |
| 11/07/2019 02:47:10 PM | ███ | |

| | | |
|---|---|---|
| | | Can you please provide me with a few more details, such as the purpose of the wire, the name of the sender, and your relationship to the sender? Any other information you can provide would be a tremendous help. |
| 11/07/2019 02:51:33 PM | TRICIA BOUTROS | If the wire isn't secured and insured, then people could do this all the time, right? They could buy something with a secured federal wire, then after receiving it they could merely claim that it wasn't authorized. That's why wires are validated by all |
| 11/07/2019 02:52:48 PM | TRICIA BOUTROS | That's why I only accepted a wire transfer for the method of payment. I knew it would be secure and totally authorized, which was why I wasn't concerned with it until seeing this reversal today. |
| 11/07/2019 02:53:12 PM | ███████ | Can you please provide me with a few more details, such as the purpose of the wire, the name of the sender, and your relationship to the sender? Any other information you can provide would be a tremendous help. |
| 11/07/2019 02:53:34 PM | TRICIA BOUTROS | There is voice authentication too. Which is why I can't just send a wire out and then a week later say, never mind or claim it wasn't me and get the money returned back. |
| 11/07/2019 02:56:23 PM | ███████ | What other information can you provide me about the wire, the sender, and your relationship to them? |
| 11/07/2019 02:59:37 PM | TRICIA BOUTROS | I'm just praying someone can help me as this is so much money to have lost. I can't reverse the property transfer without escalating to a legal claim, which will take many many months and cost a lot of money to litigate. However, I will be filiong form |
| 11/07/2019 03:00:10 PM | ███████ | Is it possible that the wire was sent to the wrong account? Perhaps the account number was mistyped and the wire had to be recalled? |
| 11/07/2019 03:01:06 PM | TRICIA BOUTROS | An reversal based on a false claim is wire fraud just as much as if the money was sent without his consent. And i know it was sent with his consent and I know he got the property last week, so therefore I probably will file criminal charges regardless |
| 11/07/2019 03:02:21 PM | ███████ | Who was the sender and what is your relationship to them? Can you please confirm their name for me |
| 11/07/2019 03:02:38 PM | ███████ | We need more details from you |
| 11/07/2019 03:03:08 PM | TRICIA BOUTROS | But in the meantime, I need to do something to get this handled on the bank's side so I do not lose the funds and so that my accounts are not restricted. It's really not right. I cannot |

| | | |
|---|---|---|
| | | believe the sender did this. It blows my mind honestly. |
| 11/07/2019 03:04:24 PM | TRICIA BOUTROS | I am a 14 year licensed corporate finance attorney in the District of Columbia |
| 11/07/2019 03:07:00 PM | ███ | I understand Tricia. The accounts and the activity are under review and the accounts will remain restricted until we are able to complete our review. At that time we will contact you |
| 11/07/2019 03:08:35 PM | TRICIA BOUTROS | I know banking/securities regulations well enough to know the significance of making false claim that a wire transfer was not authorized to call it back a week after sending it when it in fact was authorized and when you in fact did receive the property i |
| 11/07/2019 03:09:40 PM | TRICIA BOUTROS | I am upset that I didn't notice the calls sooner. I really am. But what happened was still very very wrong and should not have happened. |
| 11/07/2019 03:10:41 PM | TRICIA BOUTROS | If Schwab will not force the buyer to uphold his end of the wire transfer agreement and the rules for sending wire transfers, is there a claim of loss form I can fill out? |
| 11/07/2019 03:10:53 PM | TRICIA BOUTROS | to claim insurance on the loss? |
| 11/07/2019 03:11:53 PM | TRICIA BOUTROS | I can't accept a $29,000 loss for a legitimate arms length agreement for which a federally insured wire was sent in exchange for fair market value of the property. |
| 11/07/2019 03:12:14 PM | ███ | Yes, I fully understand. We are reviewing the full scope of the activity and transactions that have taken place. Once that is complete, we will advise you on the resolution |
| 11/07/2019 03:13:27 PM | ███ | Are you able to confirm for me the name of the person that sent the wire, please? That will help with our review |
| 11/07/2019 03:15:02 PM | ███ | Are you still connected with me, Tricia? |
| 11/07/2019 03:17:54 PM | System | Check Customer Status |
| 11/07/2019 03:17:54 PM | System | Agent thinks the customer is unresponsive for chat session |
| 11/07/2019 03:18:26 PM | System | |
| 11/07/2019 03:18:26 PM | System | CUSTOMER LEFT SESSION |
| 11/07/2019 03:18:26 PM | System | END OF SESSION |
| 11/07/2019 03:18:26 PM | System | SESSION ENDED BY CUSTOMER |
| 11/07/2019 03:18:26 PM | System | ███ ] LEFT SESSION |
| 11/07/2019 03:18:26 PM | System | Check Customer Unresponsive |
| 11/07/2019 03:18:26 PM | System | Customer does not respond to continue chat session |