# EXHIBIT B

**Email Communication**

| | |
|---|---|
| From: | |
| To: | Huckel, Joshua W. (WF) (FBI), Clayton, Cassidy (WF) (FBI) |
| Cc: | |
| Sent: | 11/8/2019 10:25:11 AM |

Good morning SA Huckel and Clayton,

Please find the attached email communication from last night / early this morning.

Regards,

———————————

Sr. Team Manager, Investigations | Financial Crimes Risk Management

Tel

9800 Schwab Way, Lone Tree, CO 80124

**Charles Schwab & Co., Inc./Charles Schwab Bank**

NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

---

**From** @schwab.com



**Cc:**
**Subject:** FW: Urgent: Please call me
**Date:** Fri, 8 Nov 2019 14:53:46 +0000

Too keep everyone in the loop - Please see email below.

———————————

Sr Team Manager | Financial Crimes Risk Management
Phone: | Fax:

**Charles Schwab & Co., Inc.**
NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

---

**From:** Fraud Investigations
**Sent:** Friday, November 8, 2019 7:35 AM
**To:** @Schwab.com>; @schwab.com>
**Cc:** @Schwab.com>; @Schwab.com>; @Schwab.com>; @Schwab.com>;

███████@schwab.com>
**Subject:** RE: Urgent: Please call me

Good morning all,

Please see below in regards to two open cases.

██████ – ██ it appears this is your case for client Tricia Boutros. It seems she is claiming the wire she received was legitimate and she was the intended recipient.

██████ – ██ I believe this is your case in regards to the reported wire recall request from the client ██████████.

Please review the emails from the client below and advise as needed.

_____

██████████
Sr. Fraud Analyst | Fraud Risk Management Operations
Tel ██████████ | Fax ██████████
9800 Schwab Way, Lone Tree, CO 80124

████████████████

**Charles Schwab & Co., Inc**
NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

*Charles Schwab Bank and Charles Schwab & Co., Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Investment products are offered by Charles Schwab & Co., Inc. (member SIPC). Charles Schwab & Co., Inc. does not solicit, offer, endorse, negotiate or originate any mortgage loan products and is neither a licensed mortgage broker nor a licensed mortgage lender. Home lending is offered and provided by Quicken Loans, Inc, Equal Housing Lender. Quicken Loans Inc., is not affiliated with The Charles Schwab Corporation, Charles Schwab & Co., Inc. or Charles Schwab Bank. Deposit and other lending products are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.

**Investment Products: Not FDIC-Insured | No Bank Guarantee | May Lose Value**

NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

---

**From:** ██████████
**Sent:** Friday, November 8, 2019 7:27 AM
**To:** ████████████████████████@schwab.com>
**Cc:** ██████████████████@Schwab.com>; ████████████████████@Schwab.com>
**Subject:** FW: Urgent: Please call me

Hello Fraud Team,

I am forwarding the below emails from Tricia Boutros CUST ▇▇▇▇▇▇ .

I have zero knowledge of the incidents she is writing about and have not spoken to this client since June on completely unrelated matters. Please research and assist client to ensure her security and suspicion of fraudulent activity is supported.

Thank you,

_____

▇▇▇▇▇▇ ▇▇▇
Vice President - Financial Consultant | Washington, DC
NMLS #▇▇▇▇▇▇

Tel ▇▇▇▇▇▇▇▇ | Fax ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Washington, DC ▇▇▇
_____

**Connect with me on social media**

  twitter.com/▇▇▇▇▇▇▇

  linkedin.com/in/▇▇▇▇▇▇

*Your referral to friends and family gives me the opportunity to positively shape the financial future of someone you care about.*

**Charles Schwab & Co., Inc. | Charles Schwab Bank**
*Separate but affiliated companies
Charles Schwab Bank and Charles Schwab & Co., Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Investment products are offered by Charles Schwab & Co., Inc. (member SIPC). Charles Schwab & Co., Inc. does not solicit, offer, endorse, negotiate or originate any mortgage loan products and is neither a licensed mortgage broker nor a licensed mortgage lender. Home lending is offered and provided by Quicken Loans, Inc., Equal Housing Lender. Quicken Loans Inc., is not affiliated with The Charles Schwab Corporation, Charles Schwab & Co., Inc. or Charles Schwab Bank. Deposit and other lending products are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.
**Investment Products: Not FDIC-Insured | No Bank Guarantee | May Lose Value**
NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

**From:** Tricia Steele [mailto:▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇]
**Sent:** Friday, November 8, 2019 1:33 AM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ @Schwab.com>
**Subject:** Re: Urgent: Please call me

Evan- I wanted to make you aware of one additional fact, which I believe is very important to consider in light of what happened today. I relayed this information to the first contact I

made at Schwab after seeing the reversal after I couldn't reach you, but I forgot to include it in my email below.

On October 29, 2019, the $29,000 wire transfer was first received into our investor checking account (Ending in x6740) . Two days later (on October 31, 2019), I noticed two micro-deposits from BBT Bank posted that current day into to the same Investor checking account where the wire had been received 2 days prior. I immediately contacted the fraud department because neither myself nor my father have any accounts at BBT Bank, nor would we ever have given anyone else permission to link their external account to our Investor Checking Account. When I first reported the unrecognized micro-deposits to schwab, they suggested we replace the old checking account with a new checking account number and while we wait for account to be set up, . So that is why a new checking account number had to be created, and was finally added this evening to my online banking profile (ironically, just a couple of hours after $29,000 was essentially stolen out of my accounts we had been advised to store the checking accounts for safe keeping while we waited for the new account number to be generated for the checking account.

At the time, it never occured to me that the wire transfer I'd received 2 days prior could possibly have a connection to these BBT micro-deposits. But today it hit me that I've never once before had a single disputed or unrecognized charge on ANY of my schwab accounts, never have seen any micro-deposits from a bank I don't use or recognize, nor have ever once in my entire life had a wire transfer reversed at any bank account I've owned. What would be the odds that 2 days after I first provided the wire instructions containing my investor checking account number and routing number to this sender, suddenly I see unrecognized micro-deposits from 3rd party bank at which neither my father nor myself have any accounts, which is then followed one week later with a false claim intended to effectuate to a reversal on a legitimate wire the sender authorized and sent from his schwab online banking (he sent me the confirmation screen shot), for a significant sum paid in exchange for property already received by sender after being secured over a week ago? For me, there is no doubt for me they are connected. And There is no other possible explanation- I never give out my account and routing numbers to anyone other than to my own outside financial institutions in order to link them to schwab.



Tricia Steele Boutros | Principal
SL Global Partners (US)
W. ▓▓▓▓▓▓▓ E. ▓▓▓▓▓▓▓▓▓▓
P. ▓▓▓▓▓▓▓
A. ▓▓▓▓▓▓▓▓▓▓
Washington, DC ▓▓▓

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

On Thu, Nov 7, 2019 at 5:25 PM Tricia Steele <​​​​​​​​​​​​​​​​> wrote:

> Evan-
>
> I just left you a voicemail. I have no idea how or why but a $29,000 wire transfer I received early last week for a property sale/transfer (Which has been complete now over a week and irreversible unless I take formal legal action) was somehow reversed today and caused there to be a hold on all my accounts. This is extremely frustrating as I had no idea until now that there was any problem as the buyer never tried to contact me nor has presented any problem to me since the sale. After sending the wire, the buyer sent me a screenshot of this approved wire page (he is ironically also a schwab client, which is likely how it was even possible for schwab to allow a wire reversal over a week later- although it still baffling how even that could be possible given the degree of verification required by Schwab to send wires online. I required a wire transfer precisely for the verification, insurance and security that wire transfers provide. The sender would have had to access the account owner's ID, password to get online, have access to the 2-factor wire phone code and/or answer personal security questions and the voiceprint ID. The sender would have had to be the person authorizing the transfer  (I am certain that *he did), he sent me the wire confirmation screenshot, he* received the property as agreed in full and has not once tried to contact me or present a complaint or problem to me ever since.
>
> I contacted Schwab chat online immediately upon seeing the reversal and all they told me was that Schwab tried to reach me about it beforehand (almost as the reversal was my fault because I did not notice the voicemail they left).   I hadn't noticed the voicemails because I've been in court and busier than usual, however without any idea there was a problem it was not something on my radar nor something I was looking out for.
>
> I'm hoping you can assist in getting back the funds or explaining what paperwork I need to file to file a dispute. I know that I did nothing wrong and the person who recalled the wire did in fact receive the property as agreed and has not contacted me since. Therefore, I consider any allegations that he possibly made in his attempts to reverse the wire to be nothing wire fraud and an unauthorized theft out of my account. Please advise.
>
> 
>
> **Tricia Steele Boutros | Principal**
> **SL Global Partners (US)**
> **W.** - **E**
> **P.**
> **A.**
>   Washington, DC
>
> ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐
>
> *This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*