# EXHIBIT C

## Additional Email Correspondence x2

**From:** ███████
**To:** Huckel, Joshua W. (WF) (FBI)
**Cc:** Clayton, Cassidy (WF) (FBI)
**Sent:** 11/8/2019 4:53:57 PM

Good afternoon SA Huckel,

Sending another email your way.

———————————

███████

Sr. Team Manager, Investigations | Financial Crimes Risk Management

Tel ███████
9800 Schwab Way, Lone Tree, CO 80124

**Charles Schwab & Co., Inc./Charles Schwab Bank**

NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

---

**From:** ███████@Schwab.com
**To:** ███████@schwab.com
**Subject:** FW: Claim of Loss Form?
**Date:** Fri, 8 Nov 2019 21:49:09 +0000

███,

There is an additional email to the one from earlier.

Thank You,

———————————

███████

Resolution Manager | Client Advocacy Team
Tel ███████ | Fax ███████
9875 Schwab Way, Lone Tree, CO 80124

NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

---

**From:** ███████
**Sent:** Friday, November 8, 2019 2:40 PM
**To:** 'Tricia Steele' <███████>
**Subject:** RE: Claim of Loss Form?

Tricia,

Please contact my colleague ▬▬▬▬, Resolution Manager with our Client Advocacy Team. Her direct phone number is ▬▬▬▬▬▬.

She is handling your case, has left you a few voicemails for you today, and can discuss this with you further on behalf of Schwab.

Thank you,

_____

▬▬▬▬▬, **CFP®**

Vice President - Financial Consultant | Washington, DC
NMLS #▬▬▬▬

Tel ▬▬▬▬▬▬ | Fax 2▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬, Washington, DC ▬▬▬

_____

**Connect with me on social media**

twitter.com/▬▬▬▬▬

linkedin.com/in/▬▬▬▬▬

*Your referral to friends and family gives me the opportunity to positively shape the financial future of someone you care about.*

**Charles Schwab & Co., Inc. | Charles Schwab Bank**
*Separate but affiliated companies

Charles Schwab Bank and Charles Schwab & Co., Inc. are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Investment products are offered by Charles Schwab & Co., Inc. (member SIPC). Charles Schwab & Co., Inc. does not solicit, offer, endorse, negotiate or originate any mortgage loan products and is neither a licensed mortgage broker nor a licensed mortgage lender. Home lending is offered and provided by Quicken Loans, Inc., Equal Housing Lender. Quicken Loans Inc., is not affiliated with The Charles Schwab Corporation, Charles Schwab & Co., Inc. or Charles Schwab Bank. Deposit and other lending products are offered by Charles Schwab Bank, Member FDIC and an Equal Housing Lender.
**Investment Products: Not FDIC-Insured | No Bank Guarantee | May Lose Value**
NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

**From:** Tricia Steele [mailto:▬▬▬▬▬▬▬▬▬▬▬
**Sent:** Friday, November 8, 2019 4:29 PM
**To:** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬>
**Subject:** Re: Claim of Loss Form?

Before leaving today please also ensure any holds placed on my accounts are lifted.  I've been penalized enough already for transactions which I did not control.  I've never disputed

or charged back anything in my years at schwab, nor have I had any other unauthorized activity on my accounts.  It's stressful enough to have suffered such an enormous loss based on the sole direction of the person who exploited the both system and myself for his own benefit.  I shouldn't have to also worry whether my debit card will work at the gas pump or grocery store over the weekend.  Such restrictions only logically make sense for those who, whether intentionally or through negligence, are responsible for questionable banking activity. If the one who took from me and caused these transactions to occur in the first place is freely able to play with my money until we reach a resolution, then I most certainly should be free to access what I have left.



Tricia Steele Boutros | Principal
SL Global Partners (US)
W. ▮▮▮▮▮▮▮▮   E ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
P. ▮▮▮▮▮▮▮▮
A. ▮▮▮▮▮▮▮▮▮▮
    Washington, DC ▮▮▮▮▮

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

On Fri, Nov 8, 2019 at 3:32 PM Tricia Steele ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

> Evan- I have been instructed by my attorney to take certain steps to document the specifics surrounding my dispute of unauthorized activity on my account.  He suggested that I ask you to provide Schwab's "Claim of Loss" form, but I did not see any form like in the forms library online or in the section discussing Schwab Safety Guarantee.   If you have such a form, please send it along, but he said it's sufficient for me to briefly state the nature of the claim by email, which I will do again here, more succinctly then my longer explanation last night.
>
> **Claim of Loss/Unauthorized Activity:**
>
> On November 7, 2019, I was forced to assume a 29,000 USD loss for the benefit and of another schwab client's (the "sending party"), who utilized Schwab's wire transfer service on October 30, 2019 and November 7th, 2019 to achieve a windfall profit in unjust enrichment.  Both wire transfers were ordered, initiated and verified with the input of the sending party alone and each were facilitated by Schwab's verification policies, which never required my input to complete.
>
> If you could please acknowledge in writing by email that Schwab has been made aware of my claim, that I have represented to Schwab that the $29,000 withdrawal from my account on November 7, 2019 was not authorized or justified, and that no verbal discussion occurred between Schwab and myself prior to the execution of the November 7, 2019 withdrawal.  Finally, could you please also include one sentence regarding the estimated time frame for an investigation on this matter and any further instructions for me, as

applicable or needed to file this dispute.

Kind Regards,

**Tricia Steele Boutros | Principal**
**SL Global Partners (US)**
W. ▮▮▮▮▮ . E. ▮▮▮▮▮▮▮▮ .
P. ▮▮▮▮▮
A. ▮▮▮▮▮
Washington, DC ▮

☐ ☐ ☐ ☐ ☐ ☐

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*