# EXHIBIT D

## Email Communication from Nov 12

**From:** ▮
**To:** Huckel, Joshua W. (WF) (FBI), Clayton, Cassidy (WF) (FBI)
**Cc:**
**Sent:** 11/12/2019 4:01:21 PM

Good afternoon,

I was just made aware of additional email communication from today. Forwarding for your review.

---

▮

Sr. Team Manager, Investigations | Financial Crimes Risk Management

Tel ▮

9800 Schwab Way, Lone Tree, CO 80124

**Charles Schwab & Co., Inc./Charles Schwab Bank**

NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

---

**From:** ▮@Schwab.com
**To:** ▮@schwab.com
**Subject:** FW: Dispute
**Date:** Tue, 12 Nov 2019 20:57:13 +0000

▮,

Here is the latest email chain. Have a great day!

---

▮

Resolution Manager | Client Advocacy Team

Tel ▮ | Fax ▮

9875 Schwab Way, Lone Tree, CO 80124

NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.

**From:** ▮
**Sent:** Tuesday, November 12, 2019 1:05 PM
**To:** Tricia Steele ▮ >
**Subject:** RE: Dispute

Ms. Boutros,

It has come to my attention that you reached out to Evan again today.

As you know, as an attorney representing yourself, you cannot engage with my client ex parte under Rule 2.9 of the Rules of Professional Responsibility.  Do not contact Evan again.  I am your only contact at Schwab.

Thanks,

▇▇▇▇▇▇▇▇
Senior Team Manager
Legal Services
Charles Schwab & Co., Inc.
P.O. Box 636010
Highlands Ranch, CO 80163
Phone: ▇▇▇▇▇▇
Fax: ▇▇▇▇▇▇

**From:** Tricia Steele [mailto:▇▇▇▇▇▇▇▇▇▇▇▇]
**Sent:** Tuesday, November 12, 2019 11:46 AM
**To:** ▇▇▇▇▇▇▇▇▇▇▇▇@Schwab.com>
**Subject:** Re: Dispute

▇▇▇▇▇▇,

Yes, I reached out to Evan simply because he's my personal banker, and I had previously explained my concerns and questions over the nature of the circumstances that gave rise to the reversal. And I did consult one my personal lawyers who is working for me on another matter to explain the circumstances and material I'd gathered, (including written communications with the buyer (the sender of the wire), the screenshots the buyer (sender) sent me from his computer after sending the wire showing the confirmation screen and a screen shot of the email he received from schwab showing the wire was complete).  The buyer/wire sender sent me the aforementioned evidence, asking me to release from escrow the sold property he purchased in exchange for the wire, and I did so that evening upon seeing the wire had posted.   After that evening, I believed all was settled and complete as I never heard from him again.  The very first indication that there was any problem was the reversal of the wire, which amount represents the fair market value of the property the sender had already received once I released to him out of escrow.  In other words, by reversing the wire, he netted a double gain and I absorbed a total loss.  I shared these things with my lawyer just to confirm with him that my instincts were correct regarding the law and merits of my claim.  He concurred that they were.

You should be aware that while I consulted my attorney to confirm whether my instincts were correct, that the merits and facts of the case are strongly in my favor for the reasons outlined in my email to Evan (and he concurred they were correct), I myself am  a 17 year DC Licensed Attorney who specializes in Capital Markets, Corporate Securities and Financial Regulatory matters.  I have represented several clients myself in their FINRA Arbitrations with other member firms (Fidelity and TD Ameritrade), in both instances securing favorable settlement awards on behalf of my clients.    For that reason, it's unlikely that I would engage outside counsel for this matter, especially since the facts of this case are even more cut and dry in my favor than they had been in the other client matters.  You should therefore expect

that I will participate not only as the claimant but also the attorney, and until you hear from me that I have decided to add on or formally engage outside counsel,

Kind Regards,



Tricia Steele Boutros | Principal
SL Global Partners (US)
W. ▮▮▮  E. ▮▮▮▮▮▮
P.
A. ▮▮▮▮▮
Washington, DC ▮▮

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

On Mon, Nov 11, 2019 at 12:30 PM ▮▮▮▮▮ ▮▮▮▮▮@schwab.com> wrote:

> Ms. Boutros,
>
> I have been forwarded your email regarding the $29,000 wire that Schwab reversed from your account. It is my understanding that you have requested information about how you can file an Arbitration. Schwab is a member of FINRA and an arbitration can be filed in that venue per the agreement you signed with Schwab.
>
> It is also my understanding that you have hired an attorney to represent you in this matter. Please provide me the name of your attorney and I will be happy to speak with him/her about the matter.
>
> Further, please be advised that all future communication with Schwab should be directed to me, and not Evan ▮▮▮.
>
> Thanks,
>
> ▮▮▮▮▮
> Senior Team Manager
> Legal Services
> Charles Schwab & Co., Inc.
> P.O. Box 636010
> Highlands Ranch, CO 80163
> Phone: ▮▮▮▮▮
> Fax: ▮▮▮▮▮