# EXHIBIT E

*charles* SCHWAB

| Session ID |
|---|
| 6199255 |

| | | |
|---|---|---|
| 11/14/2019 10:41:28 AM | System | [TRICIA BOUTROS] JOINED SESSION |
| 11/14/2019 10:41:28 AM | System | PRESENTATION BEGIN |
| 11/14/2019 10:41:28 AM | System | NEW SESSION CREATED |
| 11/14/2019 10:41:29 AM | System | PRESENTATION TEXT Thank you for contacting Charles Schwab & Co., Inc. All interactions are subject to recordkeeping and monitoring. |
| 11/14/2019 10:41:29 AM | System | PRESENTATION TEXT The Charles Schwab Corporation provides a full range of brokerage, banking and financial advisory services through its operating subsidiaries. Its broker-dealer subsidiary, Charles Schwab & Co., Inc. (member SIPC), |
| 11/14/2019 10:41:29 AM | System | PRESENTATION TEXT offers investment services and products, including Schwab brokerage accounts. Its banking subsidiaries, Charles Schwab Bank (member FDIC and an Equal Housing Lender), Charles Schwab Premier Bank (member FDIC) and |
| 11/14/2019 10:41:29 AM | System | PRESENTATION TEXT Charles Schwab Trust Bank (member FDIC), provide deposit and lending services and products. Investment Products: Not FDIC Insured • No Bank Guarantee • May Lose Value |
| 11/14/2019 10:41:38 AM | System | PRESENTATION TEXT We will be with you momentarily. |
| 11/14/2019 10:41:48 AM | System | PRESENTATION END |
| 11/14/2019 10:41:48 AM | System | PRESENTATION TEXT We are experiencing high chat volumes at this time. Your business is very important to us and we will be with you soon. |
| 11/14/2019 10:42:41 AM | System | [█████████] ASSIGNED SESSION |
| 11/14/2019 10:42:46 AM | System | [█████████] ACCEPTED SESSION |
| 11/14/2019 10:42:46 AM | System | [█████████] JOINED SESSION |
| 11/14/2019 10:42:46 AM | TRICIA BOUTROS | Yes, hello. I would like my online trading ability restored. I trade almost daily and for the past week I can neither move money within schwab nor pull from external accounts. I also need to move the funds from the closed checking account into the new |
| 11/14/2019 10:42:58 AM | TRICIA BOUTROS | Hi Julianne |
| 11/14/2019 10:43:04 AM | █████████ | Hello, Tricia! I'm happy to help! |
| 11/14/2019 10:43:57 AM | TRICIA BOUTROS | Due to an odd occurance about a week ago where a verified wire was some how reversed, ever since I have not been able to transact electronically |

| | | |
|---|---|---|
| | | within schwab online. I cannot even sell or buy securities, and I am an active daily trader. |
| 11/14/2019 10:44:44 AM | TRICIA BOUTROS | in addition, I had to close our one investor checking account 2 weeks ago, having noticed unrecognized micro deposits and for the security of my account asked for that account to be closed and for a new checking account to be openened, which it now has be |
| 11/14/2019 10:45:04 AM | TRICIA BOUTROS | I need to move he remaining funds from the inactive account ending in 740 into the new checking account ending in 476 |
| 11/14/2019 10:45:37 AM | TRICIA BOUTROS | and I also request that my online transfer ability be restored so that I'm not trapped into unfavorable market positions |
| 11/14/2019 10:46:40 AM | ▬▬▬▬ | I'm reviewing your account details now. |
| 11/14/2019 10:46:58 AM | TRICIA BOUTROS | also, the reason for the hold was due to an external third party's action wiring in and then pulling back out of my account, and was not due to any action online on my part. I've been a schwab client for over 5 years with no problems whatsoever and I fee |
| 11/14/2019 10:49:14 AM | TRICIA BOUTROS | the inablity to actively trade is costing me market opportunities and potential losses as well, and I don't understand the rationale for that either. If you could please assist on getting this restored, it will be a good first step as we are continuing t |
| 11/14/2019 10:51:20 AM | ▬▬▬▬ | I'm reaching out to our Client Verification and Research Center for more information. |
| 11/14/2019 10:51:25 AM | TRICIA BOUTROS | Lastly, upon closing the one checking account that had the BBT micro deposits (which I myself alerted the fraud dept about because neither myself nor my father has an account there), we both lost our debit card access while the accounts were being replace |
| 11/14/2019 10:53:26 AM | TRICIA BOUTROS | so all i had was my one debit card tied to my brokerage account and just this morning I noticed that it suddenly stopped working, leaving me with no working debit card. It was bad enough to have suffered such a huge loss based on that reversal, again thr |
| 11/14/2019 10:53:26 AM | TRICIA BOUTROS | p with Schwab, |
| 11/14/2019 10:56:55 AM | ▬▬▬▬ | I apologize for that frustrating experience. I'm working with our Identity Theft Team now regarding the restrictions on your accounts. |
| 11/14/2019 10:57:06 AM | TRICIA BOUTROS | I am an attorney and trying to get to the bottom of what happened with the sender of the wire, had to hire outside counsel to assist with that process, but I |

| | | |
|---|---|---|
| | | can assure you that not only did the sender provide back up documenation on the date the wire was |
| 11/14/2019 10:57:06 AM | TRICIA BOUTROS | father and I have taken this big of a hit and continue to face inconveneinces and restrictions when the wrongdoing in this instance is most definitely attributable to our banking activity, it's quite the opposite. |
| 11/14/2019 10:58:03 AM | TRICIA BOUTROS | *not attributable to our banking activity (is what I intended to say) |
| 11/14/2019 10:58:43 AM | TRICIA BOUTROS | Can the restrictions please be lifted today at least internally within the suite of schwab accounts we own? |
| 11/14/2019 10:59:16 AM | TRICIA BOUTROS | and my ability to buy or sell my owned positions also be restored? That at a minimum seems like it should be required under securities regulations |
| 11/14/2019 11:00:23 AM | TRICIA BOUTROS | I know it's not your fault and do not blame any one in particular. Up until this latest incident, schwab has been nothing but accommodating and a pleasure to work with |
| 11/14/2019 11:02:07 AM | TRICIA BOUTROS | Which is part of the reason I am so baffled by it's handling of this matter. It simply does not make sense. But that is likely beyond your knowledge or control, and not the reason for my correspondence with you here. I simply am asking for the ability |
| 11/14/2019 11:02:59 AM | TRICIA BOUTROS | Which is not an unreasonable request or expectation under the circumstances. |
| 11/14/2019 11:05:25 AM | ▆▆▆▆▆ | I understand. I see that we've had a specialist working with your accounts. I'm reaching out to their group now for more information. |
| 11/14/2019 11:06:21 AM | TRICIA BOUTROS | Are you able to see whether new debit cards were shipped for the new checking account that was opened? |
| 11/14/2019 11:07:51 AM | ▆▆▆▆▆ | I'll look into that. |
| 11/14/2019 11:07:55 AM | TRICIA BOUTROS | I was told at the time I reported the micro deposits (this was 2 weeks ago) ( and the schwab represeneteive that suggeste d openign a new account said it would take 1 week to do so, and it as been one week now since the account as been open ad active. The |
| 11/14/2019 11:08:45 AM | TRICIA BOUTROS | And if onlne access to trades isn't going to be restored immediately, do you have an ETA as to when it will be ? |
| 11/14/2019 11:09:16 AM | TRICIA BOUTROS | Sorry, that was a lot of questions at once.. lol. You can just answer them one at a time |
| 11/14/2019 11:15:44 AM | ▆▆▆▆▆ | I can see that you've been emailed by ▆▆▆▆▆ in our Legal Services Group and she informed you that she was to be your single point of contact regarding that matter along with her |

| Date/Time | Sender | Message |
|---|---|---|
| | | contact information. If you'd like, I can provide you with her conta |
| 11/14/2019 11:16:04 AM | TRICIA BOUTROS | oh ok, sure |
| 11/14/2019 11:17:37 AM | ▮ | Her number is +▮ and her email is ▮@schwab.com. I do see that the debit card was ordered in June of this year, but the issues that you were describing will likely affect the use of that card, so I suggest bringing that up with ▮ |
| 11/14/2019 11:18:11 AM | TRICIA BOUTROS | yes i was going to email her today about one thing, but this is something that I would like to be restored. I was emailing with her about a my filing a potential complaint with FINRA to arbitrate the wire transfer issue but yeah, it didn't need to become |
| 11/14/2019 11:26:10 AM | TRICIA BOUTROS | < System generated > We are happy to continue assisting you. If you have additional questions, comments, or needs, please send us what you have typed so far to ensure this chat session does not automatically disconnect. Thank you! |
| 11/14/2019 11:29:30 AM | ▮ | I'm getting some information from ▮ now. She's saying that we cannot remove the restrictions on your accounts pending the outcome of our internal investigation. The restrictions will also impede all transactions for your accounts both brokerage an |
| 11/14/2019 11:30:06 AM | ▮ | Unfortunately, I don't have any further information for you at this time. If you have any further questions, I suggest that you reach out to ▮. |
| 11/14/2019 11:31:30 AM | ▮ | If there isn't anything else, thank you for chatting with Schwab & have a great day! |
| 11/14/2019 11:34:00 AM | System | ▮] LEFT SESSION |
| 11/14/2019 11:34:00 AM | System | END OF SESSION |
| 11/14/2019 11:34:00 AM | System | SESSION ENDED BY AGENT |
| 11/14/2019 11:34:01 AM | System | CUSTOMER LEFT SESSION |