# EXHIBIT F

| | |
|---|---|
| From: | Charles Schwab & Co., Inc. <donotreply-comm@schwab.com> |
| Sent: | Tuesday, October 29, 2019 9:06 AM |
| To: | TSTEELE@ |
| Subject: | Wire request completed |



**Wire request completed**

October 29, 2019 | your account ending: **642**

## Your Wire Request Has Been Completed.

Dear Client,

We are writing to let you know that your request to wire funds from your Schwab account has been completed.

Wire details:

Wire amount: $7550.00
From account ending in: 642
Wire recipient: PAXOS TRUST COMPANY LLC
Receiving Bank: SILVERGATE BANK
To account ending in: 820
Reference: 1028I1B7033R001595
Case ID: WI-4228744

To view your wire transfer, please **login** to your Schwab account.

**Thank you for the opportunity to serve you.** If you believe there is an error, or you have any questions, please call **877-258-7774** to speak with a Schwab representative.

| PERSPECTIVE | PRIVACY | CONTACT US |  LOG IN |

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website, **Schwab.com**.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please **log in** to your account.

For your security, Charles Schwab will never request personal information through email.

To review SchwabSafe® and The Schwab Security Guarantee, use the following links:

| | |
|---|---|
| **From:** | Charles Schwab & Co., Inc. <donotreply-comm@schwab.com> |
| **Sent:** | Thursday, October 31, 2019 12:14 PM |
| **To:** | TSTEELE@ |
| **Subject:** | Wire request completed |



**Wire request completed**

October 31, 2019 | your account ending: **642**

# Your Wire Request Has Been Completed.

Dear Client,

We are writing to let you know that your request to wire funds from your Schwab account has been completed.

Wire details:

Wire amount: $5000.00
From account ending in: 642
Wire recipient: PAXOS TRUST COMPANY LLC
Receiving Bank: SILVERGATE BANK
To account ending in: 820
Reference: 1031I1B7033R018340
Case ID: WI-4245944

To view your wire transfer, please login to your Schwab account.

**Thank you for the opportunity to serve you.** If you believe there is an error, or you have any questions, please call **877-258-7774** to speak with a Schwab representative.

| PERSPECTIVE | PRIVACY | CONTACT US |  LOG IN |

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website, Schwab.com.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

To review SchwabSafe® and The Schwab Security Guarantee, use the following links:

| | |
|---|---|
| **From:** | Charles Schwab & Co., Inc. <donotreply-comm@schwab.com> |
| **Sent:** | Friday, November 1, 2019 7:05 AM |
| **To:** | TSTEELE@ |
| **Subject:** | Wire request completed |



**Wire request completed**

**November 01, 2019** | your account ending: **642**

# Your Wire Request Has Been Completed.

Dear Client,

We are writing to let you know that your request to wire funds from your Schwab account has been completed.

Wire details:

Wire amount: $4500.00
From account ending in: 642
Wire recipient: PAXOS TRUST COMPANY LLC
Receiving Bank: SILVERGATE BANK
To account ending in: 820
Reference: 1101I1B7032R005271
Case ID: WI-4248283

To view your wire transfer, please login to your Schwab account.

**Thank you for the opportunity to serve you.** If you believe there is an error, or you have any questions, please call **877-258-7774** to speak with a Schwab representative.

| PERSPECTIVE | PRIVACY | CONTACT US |  LOG IN |

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

| | |
|---|---|
| **From:** | Charles Schwab & Co., Inc. <donotreply-comm@schwab.com> |
| **Sent:** | Friday, November 1, 2019 12:28 PM |
| **To:** | TSTEELE@ |
| **Subject:** | Wire request completed |



**Wire request completed**

**November 01, 2019** | your account ending: **642**

## Your Wire Request Has Been Completed.

Dear Client,

We are writing to let you know that your request to wire funds from your Schwab account has been completed.

Wire details:

Wire amount: $3000.00
From account ending in: 642
Wire recipient: PAXOS TRUST COMPANY LLC
Receiving Bank: SILVERGATE BANK
To account ending in: 820
Reference: 1101I1B7032R016839
Case ID: WI-4251086

To view your wire transfer, please login to your Schwab account.

**Thank you for the opportunity to serve you.** If you believe there is an error, or you have any questions, please call **877-258-7774** to speak with a Schwab representative.

| PERSPECTIVE | PRIVACY | CONTACT US |  LOG IN |

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.

| | |
|---|---|
| **From:** | Charles Schwab & Co., Inc. <donotreply-comm@schwab.com> |
| **Sent:** | Monday, November 4, 2019 10:16 AM |
| **To:** | TSTEELE |
| **Subject:** | Wire request completed |



**Wire request completed**

**November 04, 2019** | your account ending: **642**

# Your Wire Request Has Been Completed.

Dear Client,

We are writing to let you know that your request to wire funds from your Schwab account has been completed.

Wire details:

Wire amount: $4000.00
From account ending in: 642
Wire recipient: PAXOS TRUST COMPANY LLC
Receiving Bank: SILVERGATE BANK
To account ending in: 820
Reference: 1104I1B7033R009119
Case ID: WI-4255919

To view your wire transfer, please login to your Schwab account.

**Thank you for the opportunity to serve you.** If you believe there is an error, or you have any questions, please call **877-258-7774** to speak with a Schwab representative.

| PERSPECTIVE | PRIVACY | CONTACT US |  LOG IN |

If you have any questions or concerns, PLEASE DO NOT REPLY TO THIS EMAIL. Please send us an email using the secure email feature on our website.

For your protection, we are unable to accept instructions to change your email address sent in reply to this message. To update your address using a secure channel, please log in to your account.

For your security, Charles Schwab will never request personal information through email.

View SchwabSafe® and The Schwab Security Guarantee.