# Exhibit 1

FD-302 (Rev. 5-8-10)

-1 of 2-

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   11/07/2019

    J.S. [J.S.], cell phone number ( ) -, residence address [redacted], Myrtle Beach, SC [redacted], was interviewed by telephone regarding the circumstances of the fraudulent wire transfers from his CHARLES SCHWAB account on October 30, 2019. After being advised of the identity of the interviewing Agent and the purpose for the call, J.S. provided the following information:

    Prior to October 30, 2019, J.S. had been contacted by phone for about a month by two individuals regarding "Team Viewer" software updates on his computer. J.S. usually hung up on these individuals, who were asking for $300 for the software.

    One of the individuals J.S. communicated with in these regards said his name was "Jack Wilson;" this individual did not have an accent. However, the second person J.S. communicated with in these regards had an accent and J.S. did not want to interact with him. "Jack Wilson's" telephone number was (850) 764-1020. J.S. provided a second telephone number associated with this matter, 801-829-746X, which he acknowledged was missing a digit.

    On October 30, 2019, J.S. finally agreed to purchase the software "Jack Wilson" and the second unnamed person had been trying to sell him. At that time, J.S. answered some of their questions and provided them with information, which enabled them to hack into his computer.

    J.S. maintained information on his computer related to his CHARLES SCHWAB bank account.

    On October 31st or November 1st, J.S. noticed that there were unauthorized wire transfers from his CHARLES SCHWAB bank account to three entities. Following his discovery of the unauthorized wire transfers, J.S. contacted "Jack Wilson" at (850) 764-1020, who told J.S. the money would be

UNCLASSIFIED//FOUO

Investigation on   11/07/2019   at   Manassas, Virginia, United States (Phone)

File #   290-WF-2153805                              Date drafted   11/07/2019

by   SA Joshua W. Huckel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

sent back to him. ▇J.S.▇ then alerted CHARLES SCHWAB of the fraud in his account.

Someone at CHARLES SCHWAB told ▇J.S.▇ that the individuals who committed the fraud were probably piggybacking off of legitimate "Team Viewer" software.

▇J.S.▇ understood that one of the unauthorized wire transfers was sent to another CHARLES SCHWAB account holder named TRICIA STEELE ("STEELE"). [Agent's note: the amount of wire from ▇J.S.▇ account to STEELE's account was $29,000.] ▇J.S.▇ has never heard of STEELE and has never had a business or personal relationship with STEELE. ▇J.S.▇ did not attempt to contact STEELE following his discovery of the fraudulent wire to her account.

Someone at CHARLES SCHWAB told ▇J.S.▇ that the bank would be able to recover the funds transferred to STEELE's CHARLES SCHWAB account.

▇J.S.▇ understood that the fraudulent wire initiated from his account to someone in Hong Kong did not go through. ▇J.S.▇ believed the third wire sent from his account was successful. [Agent's note: On November 7, 2019, the bank associated with the fraudulent wire to ROCKWELL CAPITAL MANAGEMENT's account returned ▇J.S.▇ $5,000 wire transfer to CHARLES SCHWAB.]

▇J.S.▇ felt embarrassed by the situation and believed he got "screwed."