# Exhibit 2

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    11/06/2019

EMILY STEVENSON ("STEVENSON"), Senior Team Manager, Investigations, CHARLES SCHWAB ("SCHWAB"), telephone number (720) 418-3302, email address Emily.Stevenson@schwab.com, contacted the undersigned Agent by telephone regarding a recent fraudulent wire transfer into a SCHWAB account maintained by TRICIA STEELE ("STEELE"). STEVENSON was re-contacted by phone on November 6, 2019, for additional information. STEVENSON was familiar with investigation based on prior contact with the FBI on this matter, and she advised as follows:

    J.S. maintained an inherited IRA account at SCHWAB. On October 30, 2019, SCHWAB account holder J.S. J.S. J.S., who resides in Myrtle Beach, SC, was contacted by telephone by an unknown male caller.

    The caller represented to J.S. that he (the caller) was associated with a software company. The caller told J.S. that he (J.S.) needed to pay for virus protection for his computer. The caller referenced "Teamvwer" (no further information).

    Eventually, J.S. gave into the caller's claims regarding the virus protection, and J.S. agreed to transfer money from his SCHWAB account.

    The caller provided J.S. with wiring instructions for STEELE's SCHWAB account ending 6740, into which J.S. wired $29,000 on October 30, 2019, for the ostensible purpose of virus protection. The caller also instructed J.S. to wire $5,000 to an account at STATE BANK OF SOUTHERN UTAH, account number 13329040 maintained by ROCKWELL CAPITAL MANAGEMENT, business address 777 N. Rainbow Blvd, Suite 380, Las Vegas, NV, 89107. J.S. was also directed to wire funds to RAN LONGJUN at the BANK OF CHINA in Hong Kong.

    J.S. $29,000 wire transfer to STEELE's SCHWAB account ending 6740 and his $5,000 wire transfer to ROCKWELL CAPITAL MANAGEMENT were both

UNCLASSIFIED//FOUO

Investigation on   11/05/2019   at   Manassas, Virginia, United States (Phone, Email)

File #   290-WF-2153805                                                                  Date drafted   11/06/2019

by   SA Joshua W. Huckel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

290-WF-2153805

Continuation of FD-302 of (U//FOUO) Information provided by Charles Schwab related to Tricia Steele , On 11/05/2019 , Page 2 of 2

successfully executed. J.S. wire to the RAN LONGJUN was not fulfilled.

ROCKWELL CAPITAL MANAGEMENT does not maintain an account at SCHWAB.

On November 4, 2019, J.S. made a fraud claim with SCHWAB related to the $29,000 wire to STEELE, the $5,000 wire to ROCKWELL CAPITAL MANAGEMENT, and the wire to RAN LONGJUN at the BANK OF CHINA.

Prior to receiving the $29,000 wire from J.S. in October 30, 2019, STEELE had an $85,000 balance in her SCHWAB account ending 6740. Following receipt of the wire from J.S., on October 31, 2019, STEELE made a $59,000 intrabank transfer from her account ending 6740 to her SCHWAB account ending 3057. The same day, STEELE also made a $50,000 intrabank transfer from her account ending 6740 to her SCHWAB account ending 8642.

STEVENSON advised via email that there were additional smaller outgoing expenditures from STEELE's SCHWAB account ending 6740 following receipt of J.S. $29,000 wire.

STEELE currently has an approximate balance of $2,000 in her SCHWAB account ending 6740.

SCHWAB was able to freeze $29,000 in STEELE's SCHWAB accounts associated with the fraudulent wire from J.S. SCHWAB account.