# Exhibit 3



TRICIA STEELE BOUTROS
475 K ST NW UNIT 1103
WASHINGTON DC 20001

Questions: 1-877-742-9488

Clients calling from outside
the U.S.: +1-415-667-8400

Clients of Charles Schwab,
Hong Kong, Ltd.: +852-2101-0500

October 25, 2019

Account ending in: 057

**Confirmation: We've moved funds as requested.**

We're writing to let you know that we've received and processed an authorization to move money out of the account noted above. We've transferred these funds as described below.

**Your next steps.**
Please review the information that follows to make sure it's correct. If you notice any errors, would like to obtain a copy of the signed authorization, or have any questions about the authorization for this transaction, please call us immediately at one of the numbers above.

**Wire transfer(s)**

**Reference:** 1025I1B7033R016222

To the account of PAXOS TRUST COMPANY LLC at SILVERGATE BANK

Account ending in: 820

**Cash transfer amount requested:** $16,000.00

**Thank you for the opportunity to serve you.** If you have any questions or need assistance, please call us at one of the numbers above. If you're a client of an independent investment advisor, please call your advisor directly, or call Schwab Alliance at 1-800-515-2157.

Please note that the transaction amounts above do not reflect transaction fees.

Please note that this letter applies only to the account noted above.

Independent investment advisors are not owned by, affiliated with, or supervised by Charles Schwab & Co., Inc. ("Schwab").

Page 1 of 1

©2019 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CC0368060 (1114-5355) SGC42307-04 (03/16)



TRICIA STEELE BOUTROS
475 K ST NW UNIT 1103
WASHINGTON DC 20001

Questions: 1-877-742-9488

Clients calling from outside
the U.S.: +1-415-667-8400

Clients of Charles Schwab,
Hong Kong, Ltd.: +852-2101-0500

October 25, 2019

Account ending in: 642

**Confirmation: We've moved funds as requested.**

We're writing to let you know that we've received and processed an authorization to move money out of the account noted above. We've transferred these funds as described below.

**Your next steps.**
Please review the information that follows to make sure it's correct. If you notice any errors, would like to obtain a copy of the signed authorization, or have any questions about the authorization for this transaction, please call us immediately at one of the numbers above.

<u>**Wire transfer(s)**</u>

**Reference:** 1025I1B7032R006017

To the account of PAXOS TRUST COMPANY LLC at SILVERGATE BANK

Account ending in: 820

| | |
|---|---|
| **Cash transfer amount requested:** | $14,000.00 |

**Thank you for the opportunity to serve you.** If you have any questions or need assistance, please call us at one of the numbers above. If you're a client of an independent investment advisor, please call your advisor directly, or call Schwab Alliance at 1-800-515-2157.

Please note that the transaction amounts above do not reflect transaction fees.

Please note that this letter applies only to the account noted above.

Independent investment advisors are not owned by, affiliated with, or supervised by Charles Schwab & Co., Inc. ("Schwab").

©2019 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CC0368060 (1114-5355) SGC42307-04 (03/16)