Exhibit 4




**TRICIA STEELE BOUTROS**

**Account Number**
[redacted]6740

**Statement Period**
October 1-31, 2019

31/10-CB06B141-001285-MED-28803952800  26497 *

D.S
TRICIA STEELE BOUTROS
211 CEDARVIEW DRIVE
ASHEVILLE NC 28803-9528

## Customer Service Information

Call Toll Free:  **(888) 403-9000**
Visit the Schwab Website:  **www.schwab.com**

**Send Written Inquiries to:**
Charles Schwab Bank
P.O. Box 982605
El Paso, TX 79998-2605

**Send Deposits to:**
Charles Schwab Bank
P.O. Box 628291
Orlando, FL 32862-9925

## Schwab Bank News

**Schwab Mobile App**
Stay connected to your finances with the Schwab Mobile app, available at
schwab.com/mobile.
Use the app to:

- Deposit checks to your Schwab Bank accounts by simply taking a picture with your iPhone®, iPad®, or Android ™powered device.
- Transfer money between your Schwab and Schwab Bank accounts.
- View your Schwab Bank account balances and transaction history.
- Pay bills using Schwab Bank Bill Pay™
- Submit travel notices to help prevent issues with your Schwab Bank Visa® Platinum debit card.

(see page 2 for further details)

**Thank you for choosing Schwab Bank.**
Your business is important to us, and we look forward to serving your banking needs. If you have any questions or need assistance, please call a Schwab Bank Customer Service Representative at 1-888-403-9000. We're available 7:00 a.m. to 11:00 p.m. ET, Monday through Friday, and 9:00 a.m. to 10:30 p.m. ET on weekends. (0912-6109)

**Page 1 of 34**

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

 

**TRICIA STEELE BOUTROS**

**Account Number**
█████6740

**Statement Period**
**October 1-31, 2019**

## Schwab Bank News *(continued)*

The Schwab Mobile Deposit$^{TM}$ service is subject to certain eligibility requirements, limitations, and other conditions. Enrollment is not guaranteed, and standard hold policies apply. Requires a wireless signal or mobile connection. Access to Electronic Services may be limited or unavailable during periods of peak demand, market volatility, systems upgrade, maintenance, or for other reasons. Functionality may vary by operating system and/or device. Mobile carrier data charges may apply.

**Brokerage Products: Not FDIC-Insured · No Bank Guarantee · May Lose Value**

(1119-916H)

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



 **TRICIA STEELE BOUTROS**

**Account Number** ██████6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking®

**Account Number:** ████████ 6740

| Summary | Amount |
|---|---|
| Beginning Balance | ████████ |
| Deposits and Credits | ████████ |
| Interest Paid | ████ |
| Withdrawals and Other Debits | ████████ |
| Other Fees | ████ |
| **Ending Balance** | ████████ |

| Nonsufficient Funds Fees | This Period | Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Activity

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01 | ████████ | | | ████████ |
| 10/01 | ████████████ | ████ | | ████████ |
| 10/01 | ████████████ | | ████ | ████████ |
| 10/01 | ████████████ | | ████ | ████████ |
| 10/01 | ████████████ | ████ | | ████████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

**Account Number**
████ 6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*                                   **Account Number:** ████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01 | ██████████ | ██ | | ████ |
| 10/01 | ██████████ | ██ | | ████ |
| 10/01 | ████████████ | ███ | | ████ |
| 10/01 | █████████████ | ███ | | ████ |
| 10/01 | █████████ | ███ | | ████ |
| 10/01 | ████████████ | ██ | | ████ |
| 10/01 | ███████ | | ███ | ████ |
| 10/01 | ███████ | | ███ | ████ |
| 10/02 | ██████████ | ██ | | ████ |
| 10/02 | █████████ | | ███ | ████ |
| 10/02 | █████████ | ██ | | ████ |
| 10/02 | ████████████ | ██ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

 

**TRICIA STEELE BOUTROS**

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ███████ **6740**

### Activity *(continued)*



| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/02 | ██████████████████ | ███ | | ████ |
| 10/02 | ██████████████████ | ███ | | ████ |
| 10/02 | █████████████ | | █████ | ████ |
| 10/03 | █████████ | ███ | | ████ |
| 10/03 | ███████████ | █████ | | ████ |
| 10/03 | ██████ | | █████ | ████ |
| 10/03 | ███████████████ | ███ | | ████ |
| 10/04 | ███████ | ███ | | ████ |
| 10/04 | █████████ | █████ | | ████ |
| 10/04 | ████████ | ██ | | ████ |
| 10/04 | ████████████ | █████ | | ████ |
| 10/04 | ██████████████ | █████ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
█████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/04 | ████████ | ████ | | ████ |
| 10/04 | ████████ | ███ | | ████ |
| 10/05 | ████████ | ███ | | ████ |
| 10/05 | ████████ | ███ | | ████ |
| 10/07 | ████ | | ███ | ████ |
| 10/07 | ████ | ██ | | ████ |
| 10/07 | █████ | ███ | | ████ |
| 10/07 | █████ | ███ | | ████ |
| 10/07 | ████ | | ██ | ████ |
| 10/07 | ████ | ███ | | ████ |
| 10/07 | ████ | | ███ | ████ |
| 10/07 | ██████ | | ███ | ████ |
| 10/07 | ████ | | ███ | ████ |
| 10/07 | ██████ | ███ | | ████ |



© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
█████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*                     **Account Number:** ████ 6740

**Activity** *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/07 | ██████████████████ | ███ | | ████ |
| 10/07 | ██████████████████ | ███ | | ████ |
| 10/07 | ██████████ | | ███ | ████ |
| 10/07 | ██████████ | | ███ | ████ |
| 10/07 | ██████████ | | ███ | ████ |
| 10/07 | ██████████ | | ███ | ████ |
| 10/07 | █████████ | | ███ | ████ |
| 10/08 | ██████████ | | ███ | ████ |
| 10/08 | █████████ | | ███ | ████ |
| 10/08 | ██████████ | | ███ | ████ |
| 10/08 | ██████████ | | ███ | ████ |
| 10/08 | █████████ | | ███ | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.




**TRICIA STEELE BOUTROS**

Account Number
████6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/08 | ████████████ | | ██ | ██████ |
| 10/08 | ████████████ | | ██ | ██████ |
| 10/08 | ████████████ | | ████ | ██████ |
| 10/08 | ████████████ | | ████ | ██████ |
| 10/08 | █████████████ | ██ | | ██████ |
| 10/08 | ████████████ | ██ | | ██████ |
| 10/08 | ████████████ | ██ | | ██████ |
| 10/08 | ████████████ | ██ | | ██████ |
| 10/08 | ██████████████ | ████ | | ██████ |
| 10/08 | ██████████ | | ██ | ██████ |
| 10/08 | █████████████ | ████ | | ██████ |
| 10/08 | ████████████ | | ██ | ██████ |
| 10/08 | ████████████ | | ██ | ██████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
█████ 6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** █████ **6740**

**Activity** *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/08 | ██████████████ | ███ | | ███ |
| 10/08 | ██████████████ | ███ | | ███ |
| 10/08 | ██████████████ | ███ | | ███ |
| 10/08 | ██████████████ | ███ | | ███ |
| 10/08 | ██████████████ | ███ | | ███ |
| 10/08 | ██████████████ | ███ | | ███ |
| 10/08 | ██████████████ | ███ | | ███ |
| 10/08 | ██████████ | | ███ | ███ |
| 10/08 | ██████████ | | ███ | ███ |
| 10/09 | ████████ | | ███ | ███ |
| 10/09 | ████████ | | ███ | ███ |
| 10/09 | ████████ | ███ | | ███ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

| Account Number |
|---|
| ██████ 6740 |

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/09 | ██████████████ | ████ | | ████ |
| 10/09 | ████████████████ | ████ | | ████ |
| 10/09 | ████████ | | █████ | ████ |
| 10/09 | ████████ | ███ | | ████ |
| 10/09 | ██████████ | ███ | | ████ |
| 10/09 | █████████ | ████ | | ████ |
| 10/09 | ████████ | █████ | | ████ |
| 10/09 | ██████████ | | ████ | ████ |
| 10/09 | ███████████████ | ████ | | ████ |
| 10/09 | ██████████████████ | ████ | | ████ |
| 10/09 | ████████████████ | ████ | | ████ |
| 10/10 | ██████████ | ███ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*                    **Account Number:** ████ 6740

**Activity** *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/10 | ████████ | ██ | | ██ |
| 10/10 | ████████████ | ██ | | ██ |
| 10/10 | ██████ | | ███ | ██ |
| 10/10 | ████████████████ | ██ | | ██ |
| 10/10 | ████████████████ | ██ | | ██ |
| 10/10 | ███████████████ | ██ | | ██ |
| 10/10 | ██████████ | ███ | | ██ |
| 10/10 | █████████████ | ██ | | ██ |
| 10/10 | ███████ | ██ | | ██ |
| 10/11 | ████████████ | | ███ | ██ |
| 10/11 | ████████████ | | ███ | ██ |
| 10/11 | ████████████ | | ███ | ██ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
██████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*                    **Account Number:** ██████ **6740**

**Activity** *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/11 | ████████ | ██ | | ████ |
| 10/11 | ██████ | ██ | | ████ |
| 10/11 | ██████ | ██ | | ████ |
| 10/11 | ██████ | ██ | | ████ |
| 10/11 | ████████ | | ██ | ████ |
| 10/11 | ███████ | | ██ | ████ |
| 10/11 | █████████ | ██ | | ████ |
| 10/11 | █████████ | ██ | | ████ |
| 10/11 | █████████ | ██ | | ████ |
| 10/11 | █████ | ██ | | ████ |
| 10/11 | ████████ | ██ | | ████ |
| 10/11 | ████████ | ██ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.




**TRICIA STEELE BOUTROS**


## High Yield Investor Checking *(continued)*      **Account Number:** ███████ **6740**

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/11 | ████████████ | | ████ | ████ |
| 10/11 | ████████████ | | ████ | ████ |
| 10/11 | ████████████ | | ████ | ████ |
| 10/12 | ████████████ | | ████ | ████ |
| 10/12 | ████████████ | | ████ | ████ |
| 10/13 | ████████████ | | ████ | ████ |
| 10/13 | ████████████ | | ██ | ████ |
| 10/13 | ████████████ | | ████ | ████ |
| 10/13 | ████████████ | | ████ | ████ |
| 10/13 | ████████████ | | ████ | ████ |
| 10/14 | ████████████ | | ████ | ████ |
| 10/14 | ████████████ | | ████ | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/14 | ████████████████ | | ████ | ████ |
| 10/14 | ████████████████ | | ████ | ████ |
| 10/14 | ██████████████ | | ████ | ████ |
| 10/14 | ██████████████ | | ████ | ████ |
| 10/14 | ███████████████ | | ████ | ████ |
| 10/14 | ██████████████ | ████ | | ████ |
| 10/14 | ██████████████ | | ████ | ████ |
| 10/14 | ███████████████ | ████ | | ████ |
| 10/15 | ████████████ | ███ | | ████ |
| 10/15 | ███████████ | | ████ | ████ |
| 10/15 | ████████████ | | ████ | ████ |
| 10/15 | ██████████ | ███ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
█████████6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████████ **6740**

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/15 | ████████████████ | ███ | | ████ |
| 10/15 | ███████████ | ███ | | █████ |
| 10/15 | ████████████ | ██ | | ███ |
| 10/15 | ██████████████████ | ██ | | ████ |
| 10/15 | █████████████ | ███ | | ████ |
| 10/15 | █████████████████ | ███ | | ████ |
| 10/15 | ███████ | | ██ | ████ |
| 10/16 | ████████ | | ████ | ████ |
| 10/16 | ██████ | ██ | | ████ |
| 10/16 | ████████ | | | ████ |
| 10/16 | █████████ | ███ | | ████ |
| 10/16 | ███████ | | ██ | |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**charles SCHWAB BANK**

**TRICIA STEELE BOUTROS**

**Account Number**
█████ 6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** █████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/16 | ████████ | ██ | | ███ |
| 10/16 | ████████ | ██ | | ███ |
| 10/16 | ██████████ | ███ | | ███ |
| 10/16 | █████████ | ███ | | ███ |
| 10/16 | ████████ | ███ | | ███ |
| 10/16 | ██████████ | ███ | | ███ |
| 10/17 | ██████ | | ███ | ███ |
| 10/17 | █████████ | ██ | | ███ |
| 10/17 | █████████ | ███ | | ███ |
| 10/17 | ████████████ | ███ | | ███ |
| 10/17 | ████████████ | ███ | | ███ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**charles SCHWAB BANK**

███████ **TRICIA STEELE BOUTROS**

Account Number
████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/17 | ██████ █████████ | ████ | | ████ |
| 10/17 | ██████ ████████████ | ████ | | ████ |
| 10/17 | ██████ ██████████ | ████ | | ████ |
| 10/17 | ███████████████ | ████ | | ████ |
| 10/18 | ██████ | | ████ | ████ |
| 10/18 | ██████ | ████ | | ████ |
| 10/18 | ███████ | | ████ | ████ |
| 10/18 | ██████ | | ████ | ████ |
| 10/18 | ████████ | ████ | | ████ |
| 10/18 | ████████ | ████ | | ████ |
| 10/18 | ████████ | | ████ | ████ |
| 10/18 | █████████████ | ████ | | ████ |
| 10/18 | ███████ | | ████ | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
███████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████████ **6740**

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/18 | ████████████ | | ████ | ████████ |
| 10/18 | ██████████████████████ | ██████ | | ████████ |
| 10/18 | ████████████ | | ████ | ████████ |
| 10/18 | ████████████ | | ██████ | ████████ |
| 10/18 | ████████████ | | ████ | ████████ |
| 10/18 | ████████████ | | ████ | ████████ |
| 10/18 | ████████████ | | ████ | ████████ |
| 10/19 | ████████████ | | ████ | ████████ |
| 10/19 | ████████████ | | ████ | ████████ |
| 10/19 | ████████████ | | ████ | ████████ |
| 10/19 | ████████████ | | ████ | ████████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

| Account Number | Statement Period |
| --- | --- |
| ███████6740 | October 1-31, 2019 |

## High Yield Investor Checking *(continued)*

**Account Number:** ███████6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
| --- | --- | --- | --- | --- |
| 10/19 | ████████████ | | ██████ | ██████ |
| 10/19 | ████████████ | | ██████ | ██████ |
| 10/19 | ████████████ | | ██████ | ██████ |
| 10/19 | ████████████ | | ██████ | ██████ |
| 10/19 | ████████████████ | ████ | | ██████ |
| 10/19 | ████████████████ | ████ | | ██████ |
| 10/20 | ████████████ | | ██████ | ██████ |
| 10/20 | ████████████ | | ██████ | ██████ |
| 10/20 | ████████████ | | ██████ | ██████ |
| 10/20 | ████████████ | | ██████ | ██████ |
| 10/20 | ████████████ | | ██████ | ██████ |
| 10/20 | ████████████ | | ██████ | ██████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

**Account Number**
████████ **6740**

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*          **Account Number:** ████████ **6740**

**Activity** *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/20 | ████████████ | | ████ | ████ |
| 10/21 | ████████████ | | ████ | ████ |
| 10/21 | ████████████████ | ████ | | ████ |
| 10/21 | ████████████ | | ████ | ████ |
| 10/21 | ████████████ | | ████ | ████ |
| 10/21 | ██████ | | ████ | ████ |
| 10/21 | ████████ | | ████ | ████ |
| 10/21 | ██████ | | ████ | ████ |
| 10/21 | ██████ | | ████ | ████ |
| 10/21 | ████████ | | ████ | ████ |
| 10/21 | ████████████ | ████ | | ████ |
| 10/21 | ████████████ | ████ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number
███████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/21 | ████████████ | ████ | | ████ |
| 10/21 | ██████████████ | | ███ | ████ |
| 10/21 | █████████████ | | ███ | ████ |
| 10/21 | ███████████████████████████ | ███ | | ████ |
| 10/21 | ██████████████ | | ███ | ████ |
| 10/21 | ██████████████ | | ███ | ████ |
| 10/21 | ███████████████ | ████ | | █████ |
| 10/21 | ██████████████ | | ███ | █████ |
| 10/21 | ████████ | | ███ | ████ |
| 10/21 | ██████████████ | | ███ | █████ |
| 10/21 | ██████████████ | | ███ | ████ |
| 10/21 | ██████████████ | ████ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.




**TRICIA STEELE BOUTROS**

**Account Number**
███████ 6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*                **Account Number:** ███████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/21 | ████████████ | | ████ | ████ |
| 10/21 | ████████ | ███ | | ████ |
| 10/22 | ████████ | | ███ | ████ |
| 10/22 | ████████ | | ███ | ████ |
| 10/22 | █████████ | | ███ | ████ |
| 10/22 | ██████ | ███ | | ████ |
| 10/22 | █████ | ██ | | ████ |
| 10/22 | █████████ | ███ | | ████ |
| 10/22 | ███████ | | ███ | ████ |
| 10/22 | ████████ | | ███ | ████ |
| 10/22 | ██████ | | ███ | ████ |
| 10/22 | █████████ | ███ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

 charles SCHWAB BANK

 TRICIA STEELE BOUTROS

**Account Number**
 6740

**Statement Period**
October 1-31, 2019

## High Yield Investor Checking *(continued)*

**Account Number:** ██████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/22 | ██████████ | ██ | | ██████ |
| 10/22 | ████████ | | ████ | ██████ |
| 10/22 | ████████ | ████ | | ██████ |
| 10/22 | ████████ | | ████ | ██████ |
| 10/22 | ████████ | | ████ | ██████ |
| 10/22 | █████ | | ████ | ██████ |
| 10/22 | █████ | | ████ | $██████ |
| 10/22 | █████ | | ████ | ██████ |
| 10/23 | █████ | | ███ | ██████ |
| 10/23 | █████ | | ████ | ██████ |
| 10/23 | █████ | | ████ | ██████ |
| 10/23 | ████████ | ████ | | ██████ |
| 10/23 | ██████ | ███ | | ██████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.




**TRICIA STEELE BOUTROS**

**Account Number**
████ 6740

**Statement Period**
October 1-31, 2019

## High Yield Investor Checking *(continued)*      Account Number: ████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/23 | ████████████ | ████ | | ████ |
| 10/23 | ████████████ | ████ | | ████ |
| 10/23 | ████████████ | ████ | | ████ |
| 10/23 | ████████████████ | ███ | | ████ |
| 10/23 | ████████████ | ████ | | ████ |
| 10/23 | ████████████ | ████ | | ████ |
| 10/23 | █████████ | | ████ | ████ |
| 10/23 | ████████████ | | ████ | ████ |
| 10/23 | ████████████ | | ████ | ████ |
| 10/23 | ████████████ | | ████ | ████ |
| 10/24 | ████████████████ | | ███ | ████ |
| 10/24 | ████████████ | | ███ | ████ |
| 10/24 | ████████████ | | ████ | ████ |
| 10/24 | █████████ | | ████ | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.




**TRICIA STEELE BOUTROS**


**Account Number**
██████ **6740**

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████████ **6740**

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/24 | ████████████████ | ████ | | ████ |
| 10/24 | █████████████ | | ████ | ████ |
| 10/24 | █████████████ | | ████ | ████ |
| 10/24 | █████████████ | | ████ | ████ |
| 10/24 | █████████████ | | ████ | ████ |
| 10/24 | █████████████ | | ████ | ████ |
| 10/24 | ████████████████ | ████ | | ████ |
| 10/24 | ██████████████████████████ | ███ | | ████ |
| 10/24 | █████████████████████████ | ████ | | ████ |
| 10/24 | █████████████ | | ████ | ████ |
| 10/24 | █████████████ | | ████ | ████ |
| 10/24 | █████████████ | | ████ | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



 **TRICIA STEELE BOUTROS**

**Account Number** ███████**6740**

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ███████ **6740**

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/24 | ████████████ | | ████ | ████ |
| 10/24 | ████████████ | | ████ | ████ |
| 10/24 | ████████ | | ████ | ████ |
| 10/24 | █████████ | | ████ | ████ |
| 10/24 | ███████ | | █████ | █████ |
| 10/25 | ██████████ | | ███ | █████ |
| 10/25 | ██████████ | ████ | | ████ |
| 10/25 | █████████ | ████ | | |
| 10/25 | █████████ | | ████ | ████ |
| 10/25 | █████████ | | ████ | ████ |
| 10/25 | █████████ | | ████ | ████ |
| 10/25 | █████████ | | ████ | ████ |
| 10/25 | ████████ | | ████ | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.




**TRICIA STEELE BOUTROS**


**Account Number**
███████ 6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ███████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/25 | ████████████████ | ██ | | ██████ |
| 10/25 | ████████████████ | ██ | | ██████ |
| 10/25 | █████ | ██ | | ██████ |
| 10/25 | ██████████ | ████ | | ██████ |
| 10/25 | ██████████ | | ████ | ██████ |
| 10/25 | ███████ | | ███ | ██████ |
| 10/25 | █████████ | | ████ | ██████ |
| 10/25 | █████████ | | ████ | ██████ |
| 10/25 | ██████████ | | █████ | ██████ |
| 10/25 | ██████████ | | ████ | ██████ |
| 10/25 | ██████████ | | ████ | ██████ |
| 10/25 | ████████ | | █████ | ██████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.




**TRICIA STEELE BOUTROS**

**Account Number**
████ 6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*          **Account Number:** ████ **6740**

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/25 | ███████████ |  | ████ | ██████ |
| 10/25 | ████████████ |  | ████ | ██████ |
| 10/25 | ███████ |  | ████ | ██████ |
| 10/26 | ██████████ |  | ████ | ██████ |
| 10/26 | ███████████ |  | ████ | ██████ |
| 10/26 | ███████████ |  | ████ | ██████ |
| 10/26 | █████████ |  | ████ | ██████ |
| 10/26 | ██████████ |  | ███ | ██████ |
| 10/26 | ███████████ |  | ████ | ███████ |
| 10/26 | ██████████ |  | ████ | ███████ |
| 10/26 | ██████████ |  | ████ | ███████ |
| 10/26 | ███████████████ | ████ |  | ███████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

 

**TRICIA STEELE BOUTROS**

Account Number
████ 6740

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*    Account Number: ████ 6740

**Activity** *(continued)*



| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/27 | ███████████████████ | ██ | | ████ |
| 10/28 | ████████████ | | ████ | ████ |
| 10/28 | ████████████ | | ████ | ████ |
| 10/28 | ██████ | ██ | | ████ |
| 10/28 | ██████████ | ████ | | ████ |
| 10/28 | ████████████ | ████ | | |
| 10/28 | ███████ | | ████ | ████ |
| 10/28 | ███████ | | ████ | ████ |
| 10/28 | █████████ | ████ | | |
| 10/29 | ██████████ | | ████ | ████ |
| 10/29 | █████████ | ██ | | ████ |
| 10/29 | ██████████ | ████ | | ████ |
| 10/29 | ██████████ | ████ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

Account Number ███████**6740**

Statement Period
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ████████**6740**

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/29 | ████ ██████ | ████ | | ████ |
| 10/29 | ████████ | ████ | | ████ |
| 10/29 | ████████ | ██ | | ████ |
| 10/29 | ██████████ | ██ | | ████ |
| 10/29 | ████ ███████ | ████ | | ████ |
| 10/29 | █ ██████████ | ███ | | ████ |
| 10/29 | █████████ | ███ | | ████ |
| 10/29 | ██████ | | ███ | ████ |
| 10/29 | ██████ | | ████ | |
| 10/30 | ██████ | ████ | | |
| 10/30 | ████████ | ███ | | ████ |
| 10/30 | ███████ | ███ | | ████ |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.

 

**TRICIA STEELE BOUTROS**



**Account Number**
6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*   **Account Number:** ▉6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/30 | Incoming Wire Transfer | | $29,000.00 | $114,376.12 |
| 10/31 | Electronic Withdrawal<br>Internet transfer to METROPOLITAN COMMERCIAL BANK<br>Checking account 62620000029046 of TRICIA BOUTROS | $990.00 | | $113,386.12 |
| 10/31 | Electronic Deposit<br>BBT_TRANSFER TRIALCREDT 191031 | | $0.12 | $113,386.24 |
| 10/31 | Electronic Deposit<br>BBT_TRANSFER TRIALCREDT 191031 | | $0.29 | $113,386.53 |
| 10/31 | Electronic Withdrawal<br>BBT_TRANSFER TRIALDEBIT 191031 | $0.41 | | $113,386.12 |
| 10/31 | ACH - Withdrawal - Bill Pay<br>FIRST PROGRESS ONLINE PMT 191031 | $350.00 | | $113,036.12 |
| 10/31 | ACH - Withdrawal - Bill Pay<br>FIRST PROGRESS ONLINE PMT 191031 | $950.00 | | $112,086.12 |
| 10/31 | ACH - Withdrawal - Bill Pay<br>FIRST PROGRESS ONLINE PMT 191031 | $950.00 | | $111,136.12 |
| 10/31 | Funds Transfer to Brokerage -3057 | $10,000.00 | | $101,136.12 |
| 10/31 | Visa Debit Card Purchase<br>INSTACART     HTTPSINSTACAR, CA #000000190059105 | $45.44 | | $101,090.68 |
| 10/31 | Funds Transfer to Brokerage -8642 | $50,000.00 | | $51,090.68 |
| 10/31 | Visa Debit Card Purchase<br>Skrill.com 1 85571NEW YORK, NY #000000190094503 | $10.00 | | $51,080.68 |
| 10/31 | Funds Transfer to Brokerage -3057 | $49,000.00 | | $2,080.68 |

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



 **TRICIA STEELE BOUTROS**

**Account Number** ██████ 6740

**Statement Period**
**October 1-31, 2019**

## High Yield Investor Checking *(continued)*

**Account Number:** ██████ 6740

### Activity *(continued)*

| Date Posted | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/31 | ██████ | | ████ | ████ |
| 10/31 | **Ending Balance** | | | ████ |

### Checks Paid

| Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 995024 | 10/25/2019 | ████ | | | |
| | | | **Total of 1 Check(s) for** | | ████ |

### Interest Earned

| Interest Earned | 10/01/2019 to 10/31/2019 | 31 day(s) | Annual Percentage Yield Earned | 0.20% |
|---|---|---|---|---|
| Average Daily Balance | | ████ | Interest Earned this Period | ████ |
| Interest Rate as of | 10/31/2019 | 0.20% | Interest Paid Year to Date | ████ |

## IMPORTANT DEPOSIT ACCOUNT INFORMATION

**Electronic Transfers:** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number on the first page of this statement to find out whether or not the deposit has been made.

**In Case of Errors or Questions About Your Electronic Fund Transfers:** Telephone us or write us at the phone number or the address shown on the first page of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or transfer you are unsure about.  Explain as clearly as you can why you believe there is an error or why you need more information.

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



 **TRICIA STEELE BOUTROS**

**Account Number**
6740

**Statement Period**
**October 1-31, 2019**

**High Yield Investor Checking** *(continued)*

**Account Number:** 6740

**IMPORTANT DEPOSIT ACCOUNT INFORMATION** *(continued)*

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If you are a debtor in bankruptcy or you discharged your personal liability for your loan in bankruptcy, we are providing this statement to you for informational and compliance purposes only and this statement is not an attempt to collect a debt against you. If you have filed a Chapter 13 bankruptcy and your bankruptcy plan requires you to send your regular monthly loan payments to the Trustee, you should pay the Trustee instead of us and contact your attorney or Trustee if you have questions. If you want to stop receiving or having access to your statements, write to us.

© 2019 Charles Schwab Bank. All rights reserved. Member FDIC.



**TRICIA STEELE BOUTROS**

**Account Number**
█████████6740

**Statement Period**
**October 1-31, 2019**

**This page intentionally left blank.**

© 2014 Charles Schwab Bank. All rights reserved. Member FDIC.