# EXHIBIT A

| | |
|---|---|
| From: | Stevenson, Emily |
| To: | Clayton, Cassidy (WF) (FBI), ▓▓▓▓@fbi.gov |
| Cc: | |
| Sent: | 12/2/2019 6:20:04 PM |

Good afternoon Cassidy and Josh,

I received a copy of our Fraud Investigator's notes regarding his calls with J.S. ▓▓▓▓. In case they are of value to you, I'm forwarding them on.

11/04/2019 - I spoke with J.S. ▓▓▓▓ and verified his Verbal P/W. I discussed these wires with him and was able to confirm that they were scam wires. Initially he stated that they may have accessed his computer to set them up, however, after some time he admitted that he took the instructions over the phone and submitted the wires with these individuals providing step by step instructions on the call. I let him know to not use his computer until he has a complete virus scan. I found that the scam was for an expiring Apple Care program, the scammers stated that his computer may have been compromised and that they could only accept payment via wire to secure the computer.

11/05/2019 - I spoke with J.S. ▓▓▓▓ again and found that the scammers called in purporting to be from a software company that he uses called "TeamViewer." They stated that his software was expiring and he needed to wire funds to maintain the program. They were very persistent and aggressive and he said he gave in despite his better judgement. I asked that he contact AT&T and ask that they provide the phone numbers for the callers over October 30 - November 1. I also asked that he confirm whether there was an attempt to port or forward his phone number.

11/07/2019 - I spoke with J.S. ▓▓▓▓ again, he received a call from an FBI Agent, Josh Huckel at ▓▓▓▓). I confirmed that he is a legitimate FBI Agent and his contact information. J.S. ▓▓▓▓ will be contacting Agent Huckel today. I also discussed that the scammers will likely contact him in the future and offer to assist him in getting his money back. I asked that he notify us if they do and he said he will and that he will not engage with them if contacted again. We also discussed the scammers and he stated that two males had contacted him, the initial caller had an accent that J.S. ▓▓▓▓ believed was Indian and was aggressive. When he refused to comply with the callers requests the individual stated he would transfer J.S. ▓▓▓▓ to his "supervisor" and got an individual who stated his name is Jack Wilson on the line. This individual did not have an accent but was also aggressive. The supervisor convinced J.S. ▓▓▓▓ to send the funds and provided instructions.

11/07/2019 - I spoke with J.S. ▓▓▓▓ again, I informed him that the $29,000.00 wire has been returned and that we were able to recall the $5,000.00 wire from State Bank of Southern Utah. I

> reiterated that if he is contacted again to inform Mr. Huckel and us if he can. I also informed him that I had sent a Letter of Indemnity to his Advisor that we need him to sign and return. He said he would do that.

Have a great night,

_____

**Emily Stevenson**

Sr. Team Manager, Investigations |   Financial Crimes Risk Management

Tel 

9800 Schwab Way, Lone Tree, CO 80124

**Charles Schwab & Co., Inc./Charles Schwab Bank**

NOTICE: All email sent to or from the Charles Schwab corporate email system is subject to archiving, monitoring and/or review by Schwab personnel.