# EXHIBIT B

## Move Money: Wire (███████) Resolved-Completed

| | | | |
|---|---|---|---|
| **Customer:** J.S. ███████ | **Account:** ███████ | **Account Type:** IRA-IHIRA-IND | |

**Registration:** Inherited IRA from IRA

| | |
|---|---|
| Date Created: | 10/30/2019 |
| Time Elapsed: | 13 hours ago |
| Point of Entry / Channel: | schwab.com Web Wire |
| Due Date: | |
| Time Left: | |
| Last Updated: | about a minute ago |

Data last retrieved on 10/31/2019 at 5:44 AM ET

### Wire Details

| Wire Frequency | Wire Type |
|---|---|
| **One Time Wire** | **ABA Wire** |

Number of Institutions
**1**

### Transfer Details

Process Date
**10/30/2019**

☒ True
**Withhold Taxes**

| Amount | Gross or Net |
|---|---|
| **$29,000.00** | **Gross** |

Dist Code
**Beneficiary (4)**

| Fed Tax | Fed Tax Amount |
|---|---|
| **0.00%** | **$0.00** |

| State Tax | State Tax Amount |
|---|---|
| **n/a** | **$0.00** |

Net Amount
**$29,000.00**

### Fee Calculation

| Fee | ☒ False |
|---|---|
| **25.00** | **Waive Fee** |

## Receiving Bank

| | |
|---|---|
| ABA Code (Receiving Bank ID) **121202211** | Phone |
| | Receiving Bank Name 1 **CHARLES SCHWAB BANK** |
| Receiving Bank Name 2 | |
| Receiving Bank Address 1 **HENDERSON** | Receiving Bank Address 2 **NV** |
| Receiving Bank Country **US** | |

## Beneficiary Details

☒ True
**3rd Party**

| | Beneficiary Account |
|---|---|
| Beneficiary Name 1 **TRICIA STEELE BOUTROS** | Beneficiary Name 2 |
| Beneficiary Address Line 1 | Beneficiary Address Line 2 **WASHINGTON, DC 20001** |
| Country **US** | |

## Signature Verification

| | |
|---|---|
| Review Result | Signer |
| Source Document | Document ID |

## RCM Details

| RCM Review Result | Date & Time (ET) | User |
|---|---|---|
| Approve | 10/30/19 4:00 PM | System |

## STP Details

Currency -

STP Completion Time (ET) -   10/30/2019 16:00:21 ET

| STP Rule | Result |
|---|---|
| **ACCOUNT RESTRICTIONS** | ☒ PASSED |

STPResult

| **RECENT ACCOUNT CHANGES** | ☒ NOT EVALUATED |

STPResult

| Description | Previous | Changed To | Date & Time (ET) | User |
|---|---|---|---|---|
| No items | | | | |

| **CLIENT RESTRICTIONS** | ☒ PASSED |

STPResult

| **RECENT CLIENT CHANGES** | ☒ NOT EVALUATED |

STPResult

| Description | Previous Value | Changed To | Date & Time (ET) | User |
|---|---|---|---|---|
| No items | | | | |

| **RISK** | ☒ PASSED |

STPResult

| **DOLLAR THRESHOLD** | ☒ NOT EVALUATED |

STPResult

| **FUND AVAILABILITY** | ☒ PASSED |

STPResult

| **FUND VALIDITY** | ☒ PASSED |

STPResult

Case Attachments

| Created Date Time | Created by | Category | Attachment Name |
|---|---|---|---|
| No Attachments | | | |

Case Notes

| Create Date Time | Created by | Note |
|---|---|---|

| 10/30/2019 at 04:00:03 PM | System | Removed Invalid Master Account Number 00000000 |

Case History

| Date / Time | Description | Performed by |
| --- | --- | --- |
| 10/31/2019 at 05:44:13 AM | Case WI-4241908 HTML Content and Attachments (if any) extracted for Archival to OnDemand. | |
| 10/31/2019 at 05:43:42 AM | Status Hub updated: (Resolved) Resolved-Completed | |
| 10/31/2019 at 05:43:42 AM | Status changed to Resolved-Completed. | |
| 10/31/2019 at 05:43:42 AM | Received Cashiering Event POST to COMP Fed Ref: 1030I1B7031R018702 Bank Ref: 2019103000180685 | Cashiering Event Listener |
| 10/30/2019 at 04:02:08 PM | Status Hub updated: (Resolved) Pending-Post | |
| 10/30/2019 at 04:02:08 PM | Assigned to MM-WaitForPostWB to ' complete task '. | |
| 10/30/2019 at 04:02:08 PM | Status changed to Pending-Post. | |
| 10/30/2019 at 04:02:08 PM | Wire Completed Notification Sent | 816086146 |
| 10/30/2019 at 04:02:07 PM | Assignment to ' complete task ' completed by performing a 'FedRefRecieved'. | |
| 10/30/2019 at 04:02:07 PM | Received Cashiering Event Fed Ref: 1030I1B7031R018702 Bank Ref: 2019103000180685 | Cashiering Event Listener |
| 10/30/2019 at 04:00:26 PM | Status Hub updated: (In Process) Pending-FedRef | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:26 PM | Assigned to MM-WaitForFedRefWB to ' complete task '. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:26 PM | Status changed to Pending-FedRef. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:26 PM | Assignment to ' complete task ' completed by performing a 'ResolveSTPHold'. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:26 PM | Executing SLA action AdvanceFlow. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:25 PM | Total Wire Amount(including fees): 29025.0 Total ATP: 29375.02 | System |
| 10/30/2019 at 04:00:25 PM | Available to Pay check passed | System |
| 10/30/2019 at 04:00:23 PM | Executing SLA action CallActivity. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:23 PM | Goal time reached for assignment to ' complete task '. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:22 PM | Status Hub updated: (In Process) Open-STPHold | Agent(System-Queue-ServiceLevel.ProcessEvent) |

| | | |
|---|---|---|
| 10/30/2019 at 04:00:21 PM | Assigned to STPHoldWB to ' complete task '. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:21 PM | Status changed to Open-STPHold. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:21 PM | Case moved from Process Transaction Details to Process Case via automatic stage transition. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:21 PM | Assignment to ' complete task ' completed by performing a 'ResolveSTP'. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:15 PM | Executing SLA action CallActivity. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:15 PM | Goal time reached for assignment to ' complete task '. | Agent(System-Queue-ServiceLevel.ProcessEvent) |
| 10/30/2019 at 04:00:07 PM | Added Beneficiary Name 2 value ' ' | System |
| 10/30/2019 at 04:00:07 PM | Added Beneficiary Name 1 value 'TRICIA STEELE BOUTROS' | System |
| 10/30/2019 at 04:00:07 PM | Added Beneficiary Account value '440029496740' | System |
| 10/30/2019 at 04:00:07 PM | Added Fixed FX Amount value '29000.0' | System |
| 10/30/2019 at 04:00:07 PM | Added MktFxRt value '0' | System |
| 10/30/2019 at 04:00:07 PM | Added Currency Code value 'USD' | System |
| 10/30/2019 at 04:00:07 PM | Added Amount value '29000.0' | System |
| 10/30/2019 at 04:00:07 PM | Added Process Date value '20191030' | System |
| 10/30/2019 at 04:00:07 PM | Status Hub updated: (In Process) Pending-STP | System |
| 10/30/2019 at 04:00:07 PM | Assigned to STPPendWB to ' complete task '. | System |
| 10/30/2019 at 04:00:07 PM | Wire Received Notification Sent | 816086146 |
| 10/30/2019 at 04:00:06 PM | Status changed to Pending-STP. | System |
| 10/30/2019 at 04:00:06 PM | Stage Process Intake Request skipped to enter Process Transaction Details. | System |
| 10/30/2019 at 04:00:06 PM | Case processed in svm2059cdc.cdc.schwab.com with system node id 580828e990df1162135c07be5cd0c366 | System |
| 10/30/2019 at 04:00:03 PM | Note: Removed Invalid Master Account Number 00000000. | System |
| 10/30/2019 at 04:00:03 PM | Case created by Document Intake | System |
| 10/30/2019 at 04:00:03 PM | Status Hub updated: (New) New | System |
| 10/30/2019 at 04:00:03 PM | Case registered in StatusHub with BundleID : 26b2b4bd-b170-42c5-9d89-e1e816730345 and Status Object | System |

CONFIDENTIAL         SCH002197

| | ID:cf124218-d7c5-42ee-8bfb-7a116b66da65 | |
|---|---|---|
| 10/30/2019 at 04:00:03 PM | Item created. | System |

**Letter of Authorization Form for Wire Transfers**

| | |
|---|---|
| **From:** | J.S. ███ ███ |
| **Amount to be Wired:** | $5,000.00 |
| **Transfer Date:** | 10/31/2019 |

**To**

| | |
|---|---|
| **Bank Routing ABA:** | 124301779 |
| **Bank Name:** | STATE BANK OF SOUTHERN UTAH |

**For Credit To**

| | |
|---|---|
| **Account Number at Destination Bank:** | ███ |
| **Name(s) on Destination Bank Account:** | ███ |
| **City and State of the Account Holder:** | ███ Las Vegas, NV 89107 |
| **Credit To Country:** | US |

**Transmission Notes (optional)**

**Terms and Conditions**

Please note: To give us time to process your request for a transfer, we must receive your request prior to 9:30 am Pacific Time (12:30 pm Eastern Time) on the date of the proposed transfer. Schwab cannot guarantee that the receiving bank will post the wired funds for same-day credit. However, in most instances, within the U.S., transfers are received by the receiving bank on the same day that Schwab wires them. Please allow three to five business days to wire funds outside of the U.S. We may require further information for wire transfers from accounts opened within ninety days of the request.

I authorize Charles Schwab & Co., Inc. to wire funds from my Schwab Account pursuant to the above instructions.

I hereby agree to indemnify and hold Schwab harmless from and against any loss, claim, damage or liability arising out of or resulting from any action taken by Schwab in reliance upon instructions provided under this Letter of Authorization that Schwab in good faith believes to be genuine.

I understand that these instructions are permanent unless changed or revoked by any person with signing authority to my Schwab Account and that Schwab reserves the right to decline to act on these instructions at any time without prior notice. If I change the above instruction, I understand that Schwab may require the new instructions in writing.

**Acknowledgement and Signature**

By selecting "I agree" I represent and acknowledge that:

1. I have read and understand the disclosure above, and agree to enter into a legally binding contract based upon the terms and conditions above.
2. I intend the act of selecting "I agree," and the electronic record of it to be my legal signature to this authorization.
3. I understand that Schwab will retain and store a record of this authorization with my electronic signature in electronic code. I agree that this record constitutes an original of this authorization with my signature.
4. Please note: If this is a Custodial account, I represent and warrant that any funds or securities transferred out of the account, and into the account of the custodian or other account, shall be used or applied solely for the benefit of the minor.

I agree:     Date: 10/31/2019     14:51:08 PM (Eastern Time)

**Electronic Signature**

By clicking the "I agree" box below, you reconfirm your signature on this paperless authorization.

I agree:     Date: 10/31/2019
             14:50:28 PM
             (Eastern Time)

**Consent to Electronic Delivery**

Yes, I consent to the paperless authorization process and the associated records as explained to me.

I agree:    Date: 10/31/2019
14:50:28 PM
(Eastern Time)

CONFIDENTIAL                    SCH000004(a)

**Letter of Authorization Form for Wire Transfers**

| | |
|---|---|
| **From:** | J.S. ▮▮▮▮▮ ▮▮▮▮▮ |
| **Amount to be Wired:** | $24,000.00 |
| **Transfer Date:** | 11/01/2019 |

**To**

| | |
|---|---|
| **Bank Routing ABA:** | BKCHHKHH |
| **Bank Name:** | BANK OF CHINA (HONG KONG) LIMITED |
| **For Credit To** | |
| **Account Number at Destination Bank:** | ▮▮▮▮▮ |
| **Name(s) on Destination Bank Account:** | ▮▮▮▮▮ |
| **City and State of the Account Holder:** | ▮▮▮▮▮ CAUSEWAY BAY HK |
| **Credit To Country:** | HK |

**Transmission Notes (optional)**

**Terms and Conditions**

Please note: To give us time to process your request for a transfer, we must receive your request prior to 9:30 am Pacific Time (12:30 pm Eastern Time) on the date of the proposed transfer. Schwab cannot guarantee that the receiving bank will post the wired funds for same-day credit. However, in most instances, within the U.S., transfers are received by the receiving bank on the same day that Schwab wires them. Please allow three to five business days to wire funds outside of the U.S. We may require further information for wire transfers from accounts opened within ninety days of the request.

I authorize Charles Schwab & Co., Inc. to wire funds from my Schwab Account pursuant to the above instructions.

I hereby agree to indemnify and hold Schwab harmless from and against any loss, claim, damage or liability arising out of or resulting from any action taken by Schwab in reliance upon instructions provided under this Letter of Authorization that Schwab in good faith believes to be genuine.

I understand that these instructions are permanent unless changed or revoked by any person with signing authority to my Schwab Account and that Schwab reserves the right to decline to act on these instructions at any time without prior notice. If I change the above instruction, I understand that Schwab may require the new instructions in writing.

**Acknowledgement and Signature**

By selecting "I agree" I represent and acknowledge that:

1. I have read and understand the disclosure above, and agree to enter into a legally binding contract based upon the terms and conditions above.
2. I intend the act of selecting "I agree," and the electronic record of it to be my legal signature to this authorization.
3. I understand that Schwab will retain and store a record of this authorization with my electronic signature in electronic code. I agree that this record constitutes an original of this authorization with my signature.
4. Please note: If this is a Custodial account, I represent and warrant that any funds or securities transferred out of the account, and into the account of the custodian or other account, shall be used or applied solely for the benefit of the minor.

I agree:       Date: 10/31/2019      16:47:33 PM (Eastern Time)

**Electronic Signature**

By clicking the "I agree" box below, you reconfirm your signature on this paperless authorization.

I agree:       Date: 10/31/2019
               16:46:38 PM

(Eastern Time)

**Consent to Electronic Delivery**

Yes, I consent to the paperless authorization process and the associated records as explained to me.

I agree:   Date: 10/31/2019
16:46:38 PM
(Eastern Time)

CONFIDENTIAL                                           SCH000006(a)