# EXHIBIT

# C



# Trade: NLoY29pnbmn

T me of export: 2019 12 04T02:50:35+00:00

## Between freedc (seller) and RedWomen (buyer)

Using **Bank Transfer** as payment method for 4236.00 USD / 0.41331023 BTC

## Info:

| | |
|---|---|
| **STATUS** | released |
| **Started at** | 2019-10-31T22:43:05  00:00 |
| **Payment method** | Bank Transfer |
| **Group** | Bank transfers |
| **Margin** | 12.00% |
| **Offer type** | Buy |
| **Currency** | USD |
| **Fiat price per btc** | 10248.96 |
| **Total crypto amount** | 0.41372354 BTC |

## Partners:

**Seller**

Userna
Email:
Email active: Yes
Real name: Tricia Boutros
Phone:
Phone verified:
Phone carrier:
ID Verified: Yes
Document Verified: Yes
Country: USA

**Buyer**

Userna
Email:
Email active
Real name:
Phone:
Phone verified:
Phone carrier:
ID Verified: Yes
Document Verified: Yes
Country: USA

# Chat:

**\*TRADE INFO\*:** - Read Me �">º We are From Red  Women Institution... We Need Bulk Bitcoin Seller Via Wire Transfer.. We can Accommodate Large volumes BTC in a Day. Our Assured is To Give You Best Price from all. â≤¡We Buy Bitcoins At Best Rate... â≤¡We Buy at 25% Flat Discount.... â≤¡We Most Entertained Volume Sellers. â≤¡We Looking Forward Seller to Sell us Daily. By that You can Earn Good Money â≤¡We Love To Repeat Our Regular Sellers. â≤¡We Buy Bitcoins With Many Methods.. Welcome For New Peoples 🕕': Monday -Sunday (24/7) 🕘º Simple &amp;amp;amp; Hassle Free 🕘º This Trade is For Bank Transfer For USA Only 🕤„,🕤„,🕤„ We are Buying Bitcoin at Huge Discount of like 15% To 25% 🕤"Get Your Profit like Your Daily Earning🕤" 🕤¥Open Trade 🕤¥Send Bank details for Transfers 🕤¥I will Transfer 🕤¥As soon as the Much Hit Your Bank Release Coins 🕤¥Dont forget to leave feedback Please We are Here for Serious Bussiness Only Open If You Ready for sell... â˜…â˜… Trust will be established after 1st transaction, no verification will be needed to do further business â˜…â˜… â–² 🕤'Good Business 🕤'â™™ï¸ Always Comes Back Aroundâ™™ï¸

2019-10-31T22:43:05   00:00

**\*SYSTEM\*** - The buyer is paying 4236 USD for 0.41331023 BTC (3780.68 USD) via Bank Transfer. 0.41372354 bitcoins (3784.46 USD) is now in escrow. It is now safe for the buyer to pay. The buyer will have 6 Hours to make their payment and click on the "PAID" button before the trade expires.

2019-10-31T22:43:06   00:00

**\*SYSTEM\*** - Success! Seller has released bitcoins to buyers wallet.

2019-10-31T22:43:16   00:00

**\*SYSTEM\*** - freedc left feedback

2019-10-31T22:43:25   00:00

**\*SYSTEM\*** - RedWomen left feedback

2019-10-31T22:49:23   00:00

**RedWomen** - Hi

2019-11-02T10:59:10   00:00

**RedWomen** - Trish I need You Help

2019-11-02T10:59:18   00:00

**RedWomen** - Check TG....

2019-11-02T10:59:28   00:00

**RedWomen** - all Fixed By Outside

2019-11-02T11:00:08   00:00

**RedWomen** - From Ouside

2019-11-02T11:00:14   00:00

**freedc** - hey

2019-11-02T11:00:37   00:00

**RedWomen** - Check TG

2019-11-02T11:00:55   00:00

**freedc** - havent gotten more coin yet

2019-11-02T11:01:02   00:00

**freedc** - had just lik 2k whick almost all sold

2019-11-02T11:01:22   00:00

**freedc** - gettong like 3k more at 7:39

2019-11-02T11:01:34   00:00

**RedWomen** - I Need Your Help...

2019-11-02T11:01:55   00:00

**RedWomen** - All Other Zelle Issue we Had Fixxed

2019-11-02T11:02:08   00:00

**freedc** - another 5k or so tomorrow at midnight

2019-11-02T11:02:20   00:00

**freedc** - so we just have to wait until monday for big amount

2019-11-02T11:03:07   00:00

**RedWomen** - Shit.... I Dont Know How to talk with Him.. Need to Return 8.4 BTC by Today as Per i Had words with him

2019-11-02T11:04:33   00:00

**RedWomen** - i Just Come Up with with charity funds around 2   BTC Yet...

2019-11-02T11:05:14   00:00

**freedc** - what about the guy

2019-11-02T11:05:31   00:00

**freedc** - that got the wire

2019-11-02T11:05:33   00:00

**freedc** - that is the person who is responsible and owes the money

2019-11-02T11:06:00   00:00

**freedc** - he should be the one that is stressed about ti

2019-11-02T11:06:10   00:00

**freedc** - no one else

2019-11-02T11:06:13   00:00

**freedc** - you must have his name

2019-11-02T11:06:29   00:00

**freedc** - bank account information

2019-11-02T11:06:32   00:00

**freedc** - ect

2019-11-02T11:06:33   00:00

**freedc** - threaten to report him

2019-11-02T11:06:37   00:00

**RedWomen** - He Blocked me Not Responding.....

2019-11-02T11:06:44   00:00

**freedc** - threaten to report him to his bank for wire fraud

2019-11-02T11:06:51   00:00

**RedWomen** - i Never think to Threat anyone

2019-11-02T11:06:53   00:00

**freedc** - if he does not respond

2019-11-02T11:06:57   00:00

**freedc** - i&#039;m not kidding

2019-11-02T11:06:59   00:00

**freedc** - that&#039;s a serious number

2019-11-02T11:07:05   00:00

**freedc** - 70K

2019-11-02T11:07:07   00:00

**freedc** - that&#039;s 50 years in jail

2019-11-02T11:07:15   00:00

**freedc** - this should be no one&#039;s problem but his at this point

2019-11-02T11:07:42   00:00

**RedWomen** - I will think About all later before i need to Fix that Situation who No one Else get harm by my Buyer There Buyer on the Row Ny Alk Person

2019-11-02T11:08:05   00:00

**freedc** - he accepts wire for goods or services at that amount and then disappears?

2019-11-02T11:08:16   00:00

**freedc** - that&#039;s wire fraud

2019-11-02T11:08:21   00:00

**RedWomen** - You and Too Othes...

2019-11-02T11:08:21   00:00

**freedc** - class I Felonony

2019-11-02T11:08:28   00:00

**freedc** - federal crime

2019-11-02T11:08:34   00:00

---

**RedWomen** - Yes it is .. i am Stupid to Trust Everyone

2019-11-02T11:08:39   00:00

---

**freedc** - if he hasn&#039;t already gotten it out of his bank

2019-11-02T11:08:52   00:00

---

**freedc** - you can at the very least tell him you will be contacting the bank mangager first thing monday morning

2019-11-02T11:09:10   00:00

---

**freedc** - followed by a criminal complaint

2019-11-02T11:09:15   00:00

---

**freedc** - his funds will be frozen

2019-11-02T11:09:21   00:00

---

**RedWomen** - I just Need Everyone Support to Fix This.. And i will Be Return all In 3 4 Days Max.... I

2019-11-02T11:09:28   00:00

---

**RedWomen** - its Been 4 to 5 Days Now...

2019-11-02T11:09:38   00:00

---

**RedWomen** - I Just too Worried about all

2019-11-02T11:09:48   00:00

---

**freedc** - this jokers think they can come on paxful and play kids games at tha vulume are fools

2019-11-02T11:09:53   00:00

---

**freedc** - i guarantee he hasn&#039;t been able to fully clear it all out yet

2019-11-02T11:10:19   00:00

---

**freedc** - at least threaten that

2019-11-02T11:10:22   00:00

---

**freedc** - and from now on

2019-11-02T11:10:40   00:00

---

**freedc** - anyone that you deal with

2019-11-02T11:10:43   00:00

---

**freedc** - seller or buyer

2019-11-02T11:10:45   00:00

---

**freedc** - who sends more than 10K or receives more than 10K via

2019-11-02T11:10:55   00:00

---

**freedc** - wire

2019-11-02T11:10:57   00:00

**freedc** - require a photo id

2019-11-02T11:11:01   00:00

**freedc** - those numbers you can&#039;t mess around with

2019-11-02T11:11:17   00:00

**freedc** - if it&#039;s a nigerian or some scammer you cannot put yourself at risk

2019-11-02T11:11:27   00:00

**freedc** - you don&#039;t need that stress

2019-11-02T11:11:47   00:00

**freedc** - if they are above board and legitimate they won&#039;t flinch

2019-11-02T11:12:01   00:00

**freedc** - they will understand why that would be reasonable and required

2019-11-02T11:12:13   00:00

**freedc** - if they flinch that&#039;s a red flag

2019-11-02T11:12:22   00:00

**RedWomen** - That Account and Owner From Texas somewhere New Caney

2019-11-02T11:12:25   00:00

**RedWomen** - Dont Understand that to doo.. I am Hopeless

2019-11-02T11:12:43   00:00

**freedc** - rewmember when i first talked to you

2019-11-02T11:12:47   00:00

**RedWomen** - ðŸ˜"

2019-11-02T11:12:49   00:00

**freedc** - about receiving a wire

2019-11-02T11:12:50   00:00

**freedc** - i VOUNTEERED giving my photo id

2019-11-02T11:13:01   00:00

**freedc** - i think i did.. or at least I always do with wires

2019-11-02T11:13:09   00:00

**freedc** - when i accept them

2019-11-02T11:13:16   00:00

**freedc** - i might have not with you since it was delayed and we already talked so much

2019-11-02T11:13:31   00:00

**freedc** - but always I do

2019-11-02T11:13:34   00:00

**freedc** - it&#039;s the most common prosecutable crime in crypto prosecutions

2019-11-02T11:13:58   00:00

**freedc** - wire fraud

2019-11-02T11:13:59   00:00

**freedc** - it&#039;s the easiest to prove and has the highest mandatory sentence

2019-11-02T11:14:32   00:00

**freedc** - per the federal sentencing guidelines

2019-11-02T11:14:39   00:00

**RedWomen** - I am Stupid to Trust Everyone..... I find Myself to do All Will se what to do With my Team

2019-11-02T11:14:48   00:00

**freedc** - wire fraud and money laundering are the most common they go after with crypto fraud

2019-11-02T11:15:10   00:00

**freedc** - money laundering is harder to prove and takes years to build a case

2019-11-02T11:15:27   00:00

**freedc** - wire fraud is very easy and tracable

2019-11-02T11:15:34   00:00

**freedc** - put the screws on the guy

2019-11-02T11:15:50   00:00

**freedc** - tell him straight out you are contacting the bank monday at 8am

2019-11-02T11:16:01   00:00

**freedc** - his bank

2019-11-02T11:16:04   00:00

**freedc** - and reporting that he stole 70k via wire fraud

2019-11-02T11:16:28   00:00

**freedc** - that&#039;s my suggestion anyway

2019-11-02T11:16:40   00:00

**freedc** - it&#039;s what i would do

2019-11-02T11:16:46   00:00

**RedWomen** - The Problem Is The Client Which Bought 70K Who is a Big Invester who Never Want Hassle But he said if He Wont Get coins of 70K He will Put all Transfer as Fruad include all other from other Buyer he sent .... Which Is Tricia , Johnthan , Rockwk This what i Worry About allk

2019-11-02T11:19:19   00:00

**\*SYSTEM\*** - freedc has just uploaded an attachment.

2019-11-02T11:20:41   00:00

**freedc** - then i show them these

2019-11-02T11:20:43   00:00

**freedc** - that usually does it

2019-11-02T11:21:19   00:00

**freedc** - it gets it done

2019-11-02T11:21:26   00:00

**freedc** - i say &quot;you picked the wrong vendor to try to do run a scam my friend&quot;

2019-11-02T11:21:53   00:00

**RedWomen** - Better to Do that Tricia To show...

2019-11-02T11:22:28   00:00

**freedc** - i&#039;m licensed by the Financial Crimes and Enforcement Network

2019-11-02T11:22:29   00:00

**freedc** - if i knew the zelle people

2019-11-02T11:23:18   00:00

**freedc** - that&#039;s what i&#039;d send them

2019-11-02T11:23:23   00:00

**RedWomen** - I Will Show about Yours License sonwont have any Problem with Your Transfer.... I can Show him... that What to Prove all Receivier are good enought with this

2019-11-02T11:23:46   00:00

**freedc** - i&#039;d run a skip trace on all their information (backround check)

2019-11-02T11:23:50   00:00

**freedc** - and disclose all I know about them

2019-11-02T11:23:57   00:00

**RedWomen** - i will Take Care of This And Try to Fix all Situation for surely

2019-11-02T11:24:11   00:00

**freedc** - all i need is a phone number

2019-11-02T11:24:36   00:00

**freedc** - or an email address

2019-11-02T11:24:39   00:00

**freedc** - and i can get EVERYTHING

2019-11-02T11:24:42   00:00

**freedc** - real name, dob, ssn, drivers license, home address, any criminal history

2019-11-02T11:25:16   00:00

**RedWomen** - By Monday Morning zelle Will Be Fixed..and This Will also i taje care to Ditch that Person to Get Money back

2019-11-02T11:25:17   00:00

**freedc** - unless they are not located in the united states

2019-11-02T11:25:43   00:00

**freedc** - but if they aren&#039;t... i can still find out their associates in the US.. these guys run in packs

2019-11-02T11:25:57   00:00

**RedWomen** - He Stupid in Texas. who Try to dicth me

2019-11-02T11:26:02   00:00

**freedc** - the nigerians on here often work with US consipirators

2019-11-02T11:26:12   00:00

**RedWomen** - let me Get this done...Asap

2019-11-02T11:26:32   00:00

**freedc** - don&#039;t let this fall on you... you have power

2019-11-02T11:27:04   00:00

**freedc** - just use what you ahve and go for it

2019-11-02T11:27:12   00:00

**RedWomen** - Okay

2019-11-02T11:27:26   00:00

**RedWomen** - let me Get this Done Surely i will Done with my all Team Abd better to never trust Paxful member Again ever

2019-11-02T11:27:57   00:00

**freedc** - esp if you are dealing with transactions in that volume

2019-11-02T11:28:02   00:00

**freedc** - you have to

2019-11-02T11:28:04   00:00

**RedWomen** - I promise In Your Transfer or anything nothing gonna Happen..... I am Here For all Fix ... We are team can Fix it

2019-11-02T11:28:56   00:00

**RedWomen** - any How...

2019-11-02T11:29:04   00:00

**RedWomen** - And Please Tell Which account to.use today for wire

2019-11-02T11:31:49   00:00

**RedWomen** - i will do Below 10K$

2019-11-02T11:31:55   00:00

**RedWomen** - i cant afford to take Much Risk again Never

2019-11-02T11:32:09   00:00

**freedc** - i&#039;ll see how much i can get for monday

2019-11-02T11:32:26   00:00

**freedc** - i&#039;m pressuring my friend who owes me but he&#039;s not yet responded which means he either does not have it or he&#039;s hout of town an dnot checking messages

2019-11-02T11:32:51   00:00

**freedc** - i used to do big crypto derivative options trades with him at barclays in london

2019-11-02T11:33:25   00:00

**freedc** - he owes me from a deal that did not pay otu

2019-11-02T11:33:38   00:00

**RedWomen** - Shall I do wire Like $10K Today to this Details

2019-11-02T11:34:48   00:00

**RedWomen** - Provide the sending institution with the following information for a wire coming into your Schwab account. Bank Name Citibank N          Address 399 Park Ave, New York, NY 10022 ABA/Routing Number 021000089 Account Number ██████████ Account Name Charles Schwab Co. Inc. For Further Credit To: Beneficiary Account Name: Tricia St          tros ██████████ Beneficiary Account number: ██████████

2019-11-02T11:34:51   00:00

**RedWomen** - and Shall i Use Charles Schwab to Wire 25K To that Account ot still its Not working

2019-11-02T11:36:06   00:00

**freedc** - let me reach out to him again now

2019-11-02T11:38:11   00:00

**freedc** - he&#039;s been paying me back in installments

2019-11-02T11:38:36   00:00

**freedc** - last one i got was like last tuesday for like 2 btc

2019-11-02T11:38:57   00:00

**freedc** - he owes me a lot

2019-11-02T11:39:00   00:00

**RedWomen** - Okay How Much Wire you want me to today

2019-11-02T11:39:11   00:00

**RedWomen** - 10K Max ?

2019-11-02T11:39:23   00:00

**freedc** - any word from your brothe rabout the 3 zelle disputers?

2019-11-02T11:40:12   00:00

**RedWomen** - i all said In TG And he Did Had word with 2 of him and They Gonna Call Monday Bank to Authorize all to make that done

2019-11-02T11:41:04   00:00

**RedWomen** - i Preffred Never to do zelle Again

2019-11-02T11:41:18   00:00

**freedc** - if that one buyer disputes the charles shcwab wire i will demand all his information.. everything you know about him

2019-11-02T11:42:56   00:00

**freedc** - and will personally contact him by phone and emial

2019-11-02T11:43:29   00:00

**RedWomen** - I Take Care to Never Happen this Thing

2019-11-02T11:43:42   00:00

**RedWomen** - We will All Take Care any How we all Team To Make this Soutit

2019-11-02T11:44:04   00:00

**RedWomen** - So no one else have Problem by this.. Never ever

2019-11-02T11:44:19   00:00

**freedc** - morgan stanely will remin frozen until i can provide an explaintion as to the reason for the dipsute

2019-11-02T11:45:53   00:00

**RedWomen** - Better to do this Fix....

2019-11-02T11:46:37   00:00

**freedc** - the want to know (1) how i know the people () what the payments were supposed to be for and (3) why their were 5 disputed zelle transfers over the course of 3 days

2019-11-02T11:48:31   00:00

**freedc** - I can come up with something for the first two questions but I cannot explain the third question

2019-11-02T11:49:37   00:00

**RedWomen** - See US Banking is that Much Hard which we dont know at all.... Anythig can Happan...It just we have Power to fix it and we will do it

2019-11-02T11:50:34   00:00

**freedc** - let me work on finding more btc

2019-11-02T11:51:59   00:00

**freedc** - and you can work on the zelle thing, b/c tone effects the other big time

2019-11-02T11:52:18   00:00

**RedWomen** - Got You

2019-11-02T11:52:49   00:00

**RedWomen** - i will Use account for 10K wire okay

2019-11-02T11:53:06   00:00

**RedWomen** - Which You sent me Citi Bank

2019-11-02T11:53:25   00:00

**RedWomen** - Provide the sending institution with the following information for a wire coming into your Schwab account. Bank Name Citibank NA Bank Address 399 Park Ave, New York, NY 10022 ABA/Routing Number 021000089 Account Number ███████ Account Name Charles Schwab Co. Inc.

2019-11-02T11:54:09   00:00

**RedWomen** - i will use this account Okay today

2019-11-02T11:54:17   00:00

**RedWomen** - Okay ?

2019-11-02T11:54:24   00:00

**RedWomen** - Hi

2019-11-04T18:58:40   00:00

**RedWomen** - Trish There

2019-11-04T18:58:48   00:00

**RedWomen** - Sending Wire okay

2019-11-04T18:59:45   00:00

**RedWomen** - $5000

2019-11-04T18:59:50   00:00

**RedWomen** - Provide the sending institution with the following information for a wire coming into your Schwab account. Bank Name Citibank NA Bank Address 399 Park Ave, New York, NY 10022 ABA/Routing Number 021000089 Account Number ███████ Account Name Charles Schwab Co. Inc.

2019-11-04T19:00:14   00:00

**RedWomen** - sending to this Account...

2019-11-04T19:00:41   00:00

**RedWomen** - Reply ????

2019-11-04T19:00:51   00:00

**RedWomen** - Brother.....

2019-11-04T19:00:56   00:00

**RedWomen** - Sorry Sis

2019-11-04T19:01:03   00:00

**RedWomen** - Hello....

2019-11-04T19:02:25   00:00

---

**RedWomen** - ???

2019-11-04T19:04:20   00:00

---

**RedWomen** - Hello.....

2019-11-04T19:04:25   00:00

---

**RedWomen** - Trish There.............

2019-11-04T19:04:32   00:00

---

**RedWomen** - $4774 Wire done

2019-11-04T19:24:23   00:00

---

**RedWomen** - Sorry Its $4784

2019-11-04T19:24:43   00:00

---

**RedWomen** - Check Pls

2019-11-04T19:24:48   00:00

---

**\*SYSTEM\*** - RedWomen has just uploaded an attachment.

2019-11-04T19:26:19   00:00

---

**RedWomen** - There Trish.... Please Check

2019-11-04T19:27:40   00:00

---

**\*SYSTEM\*** - RedWomen has just uploaded an attachment.

2019-11-04T19:30:30   00:00

---

**RedWomen** - $4784 Done.....

2019-11-04T19:30:46   00:00

---

**RedWomen** - Wire Check Please.....

2019-11-04T19:30:56   00:00

---

**RedWomen** - atleast Reply Please.....

2019-11-04T19:31:58   00:00

---

**RedWomen** - ?

2019-11-04T19:34:28   00:00

---

**RedWomen** - Can You Please Reply

2019-11-04T19:35:13   00:00

---

**RedWomen** - i mean Already clear so I after this i wont do More wire

2019-11-04T19:35:24   00:00

---

**RedWomen** - ?????

2019-11-04T19:35:29   00:00

**RedWomen** - ????

2019-11-04T19:35:36   00:00

**\*SYSTEM\*** - RedWomen has just uploaded an attachment.

2019-11-04T19:38:38   00:00

**RedWomen** - Hello Trish Please Reply If You Reading Reply then... Because i Have to give Reply to my client

2019-11-04T19:42:57   00:00

**RedWomen** - thsy made wire today of $4784 to Your account and You not responding.....

2019-11-04T19:43:28   00:00

**RedWomen** - ???????

2019-11-04T19:43:57   00:00

**RedWomen** - ??????

2019-11-04T19:44:02   00:00

**RedWomen** - ???

2019-11-04T19:57:15   00:00

**RedWomen** - at least U can Reply .

2019-11-04T20:25:51   00:00

**RedWomen** - 16dQFCvvDYRGSrHMcQyNeTMVJEjHr9d6Wg

2019-11-04T20:26:16   00:00

**RedWomen** - please send coins to this address $4250 USD worth BTC

2019-11-04T20:27:26   00:00

**RedWomen** - Thank You

2019-11-04T20:27:33   00:00

**RedWomen** - hello

2019-11-05T04:53:43   00:00

**RedWomen** - Trish Whats going on

2019-11-05T04:53:51   00:00

**RedWomen** - ????

2019-11-05T04:53:54   00:00

**RedWomen** - You Not repying

2019-11-05T04:54:00   00:00

**RedWomen** - i Sent the Wire and You not Repying....

2019-11-05T04:54:51   00:00

**RedWomen** - at least replt and Relase coins ?????

2019-11-05T04:55:04   00:00

**\*SYSTEM\*** - RedWomen left reply to feedback from freedc

2019-11-05T04:56:08   00:00

**\*SYSTEM\*** - RedWomen updated their reply to feedback

2019-11-05T04:58:51   00:00

**RedWomen** - ????

2019-11-05T05:00:26   00:00

**\*SYSTEM\*** - RedWomen updated their reply to feedback

2019-11-05T05:01:24   00:00

**RedWomen** - Hello

2019-11-05T05:02:39   00:00

**RedWomen** - Trish Its Now Harrisinf

2019-11-05T05:02:51   00:00

**RedWomen** - can You Please Reply ,????

2019-11-05T05:03:01   00:00

**RedWomen** - atleast

2019-11-05T05:03:04   00:00

**RedWomen** - client is Calling me Continuously

2019-11-05T05:03:16   00:00

**RedWomen** - atleast You can Text

2019-11-05T05:04:46   00:00

**RedWomen** - whatsoever Have in Your Mind

2019-11-05T05:04:58   00:00

**RedWomen** - ????

2019-11-05T05:05:02   00:00

**RedWomen** - There ???

2019-11-05T05:05:07   00:00

**RedWomen** - Do We Need to Call Bank again for this Transaction dispute as You not Repying....

2019-11-05T05:07:31   00:00

**\*SYSTEM\*** - RedWomen updated their feedback

2019-11-05T05:16:31   00:00

**RedWomen** - Please my Humble Request....

2019-11-05T05:24:58   00:00

---

**RedWomen** - Could You Please Reply

2019-11-05T06:24:37   00:00

---

**\*SYSTEM\*** - RedWomen has just uploaded an attachment.

2019-11-05T06:37:38   00:00

---

**RedWomen** - Today and rest All 2 Transfer Made from.the Same Client

2019-11-05T06:39:31   00:00

---

**RedWomen** - to Your evolve Account last Previous Account and Yesterday Was on ur citibank

2019-11-05T06:39:59   00:00

---

**RedWomen** - As You Not Responding From AND i need to deliver coins to client... after my So Many Attempt... I Need to Take Action Now.. Sorry

2019-11-05T06:40:55   00:00

---

**RedWomen** - This Not Expected from You

2019-11-05T06:41:07   00:00

---

**RedWomen** - Hwy

2019-11-05T17:59:42   00:00

---

**RedWomen** - Can You atleast Reply

2019-11-05T17:59:50   00:00

---

**RedWomen** - I mean this is Rediculas

2019-11-05T18:00:17   00:00

---

**RedWomen** - I Need to Release coins to them.. How could i Until You dont

2019-11-05T18:01:11   00:00

---

**RedWomen** - please Reply

2019-11-05T18:10:23   00:00

---

**RedWomen** - Whats Going on

2019-11-05T18:10:37   00:00

---

**RedWomen** - Trish

2019-11-05T18:10:42   00:00

---

**RedWomen** - You dont gonna Release coins Or what ???

2019-11-05T18:10:57   00:00

---

**freedc** - what is going on?

2019-11-05T18:15:31   00:00

---

**freedc** - I got a wierd message from paxful.. what is happening? i don&#039;t understand

2019-11-05T18:15:48   00:00

---

**RedWomen** - Whats going on With you

2019-11-05T18:16:02   00:00

---

**RedWomen** - You not Replying

2019-11-05T18:16:09   00:00

---

**freedc** - why did you update your feedback to negative like that?

2019-11-05T18:16:11   00:00

---

**freedc** - I didn&#039;t take anything from anyone

2019-11-05T18:16:33   00:00

---

**RedWomen** - I had Made Since Yesterday of $4784

2019-11-05T18:16:45   00:00

---

**freedc** - what is the reason for this?

2019-11-05T18:16:47   00:00

---

**RedWomen** - Check Your Account

2019-11-05T18:16:54   00:00

---

**RedWomen** - You Not Reply.. i mean Alreast you can Reply

2019-11-05T18:17:14   00:00

---

**freedc** - paxful just messaged me and said &quot;what was the nature of your transactions with buyer &quot;redwoman&quot; and provided this long list

2019-11-05T18:17:32   00:00

---

**freedc** - i didn&#039;t know what they were talking about so i messaged them back and said, i did the trades with my account and they were prearranged, and asked why they were asking me

2019-11-05T18:17:58   00:00

---

**freedc** - and then i see this, and i guess I know why they were asking me

2019-11-05T18:18:09   00:00

---

**RedWomen** - I mean Why didnot You Replying me

2019-11-05T18:18:37   00:00

---

**freedc** - i just got out of the hospital

2019-11-05T18:18:38   00:00

---

**RedWomen** - I Veen Texting You since 3 days

2019-11-05T18:19:03   00:00

---

**freedc** - i did a couple of trades yesterday

2019-11-05T18:19:06   00:00

---

**freedc** - that is all i&#039;ve been able to do

2019-11-05T18:19:12   00:00

**freedc** - i haven&#039;t been able to get btc b/c my accounts are limited so i can&#039;t even trade much at all..

2019-11-05T18:19:34   00:00

**RedWomen** - Check the Wire of $4784 in Your account and release coins of that

2019-11-05T18:19:47   00:00

**freedc** - and i had a heart issue and had to go to the emergency room and was there for like 3 days

2019-11-05T18:19:51   00:00

**RedWomen** - Provide the sending institution with the following information for a wire coming into your Schwab account. Bank Name Citibank ████████ ddress 399 Park Ave, New York, NY 10022 ABA/Routing Number 021000089 Account Number ████████ Account Name Charles Schwab Co. Inc.

2019-11-05T18:20:22   00:00

**freedc** - I never did anything wrong nor was I ever dishonest. i released all the funds you sent to me

2019-11-05T18:20:26   00:00

**freedc** - so why do this?

2019-11-05T18:20:32   00:00

**RedWomen** - Check this account Havenot you got $4784 Yesterday

2019-11-05T18:20:51   00:00

**freedc** - i&#039;m like in shock

2019-11-05T18:20:55   00:00

**RedWomen** - I mean You i been Texting you ... And You Not even Replying anything....

2019-11-05T18:21:21   00:00

**RedWomen** - Please Release the Coins Of Yesterday wire $4784

2019-11-05T18:22:13   00:00

**RedWomen** - And we are good Thank You

2019-11-05T18:22:25   00:00

**freedc** - I thought you were supportive, not someone I&#039;d ever have to be afraid would turn and try to kill my reputation on here.

2019-11-05T18:22:30   00:00

**freedc** - i did so many trades with you

2019-11-05T18:22:57   00:00

**RedWomen** - I won&#039;t i dont have any Choice to contact you

2019-11-05T18:22:58   00:00

**RedWomen** - same Here

2019-11-05T18:23:06   00:00

**RedWomen** - I will Update Instantly after you releasing my coins

2019-11-05T18:23:23   00:00

**freedc** - in such a short amount of time too.. so like yeah, i guess if you wanted to you could write a bunch of bad stuff about those trades. But we both know it would not be right, so why?

2019-11-05T18:23:31   00:00

**freedc** - literally my heads were tied

2019-11-05T18:23:59   00:00

**RedWomen** - Please Release the coins of Yesterday wire i Made $4784...

2019-11-05T18:24:07   00:00

**freedc** - i would have done a lot more business with you but my accounts are literally frozen still

2019-11-05T18:24:12   00:00

**RedWomen** - Trish U broke My trust

2019-11-05T18:24:25   00:00

**RedWomen** - by Not Responding me

2019-11-05T18:24:32   00:00

**freedc** - and even if that hadn&#039;t happened, you don&#039;t just go back and change feedback to hurt somebody like that. i feel like I can&#039;t even handle the stress of this at all anymore. i don&#039;t even want to come on here or try to trade b/c i just feel like it&#039;s always some big shock i&#039;m not expecting.. always bad.. it has made me an anxious wreck

2019-11-05T18:26:05   00:00

**freedc** - serously, i can&#039;t eat or sleep or anything, and it&#039;s killing me.. the stress of everything in my life right now and i can&#039;t even do this as a side thing b/c it&#039;s not safe even when you are honest with buyers, it&#039;s not safe. you are always vulnerable.. i&#039;ve learned the hard way

2019-11-05T18:27:14   00:00

**freedc** - i&#039;ve sold off and on here for over 3 years, and i&#039;m going to just have to close my account. if i can&#039;t even trust someone like you, i feel like i can&#039;t trust anyone. it makes me really sad.

2019-11-05T18:27:54   00:00

**RedWomen** - Could You please Release coins Now... I been suffering From Paxful by many Person...

2019-11-05T18:28:13   00:00

**RedWomen** - Most of Everyone Broke Me

2019-11-05T18:28:27   00:00

**freedc** - inm in tears right now

2019-11-05T18:28:32   00:00

**RedWomen** - Everyone....

2019-11-05T18:28:34   00:00

**freedc** - i can&#039;t do this anymore

2019-11-05T18:28:36   00:00

**freedc** - i never even asked for my money back on the disputes or left any negative feedback

2019-11-05T18:29:21   00:00

**freedc** - i can&#039;t believe you would

2019-11-05T18:29:25   00:00

**RedWomen** - See You dont Responing to my question....

2019-11-05T18:29:35   00:00

**RedWomen** - Trish Listen Go find me in LBC i Had done over 12k   Trades there with $670 BTC yet i Traded

2019-11-05T18:30:13   00:00

**RedWomen** - i running a Huge Charity

2019-11-05T18:30:25   00:00

**freedc** - i never got any wire or any money for anything since our last trade

2019-11-05T18:31:08   00:00

**RedWomen** - Check You account

2019-11-05T18:31:23   00:00

**freedc** - i don&#039;t know if one of your buyers said they sent a wire or something.. i fso i vertainly never got it

2019-11-05T18:31:25   00:00

**freedc** - i&#039;m happy to show you my bank records

2019-11-05T18:31:35   00:00

**freedc** - my charles schwab account couldn&#039;t accept wires b/c someone tried linking my checking account with microdeposits so i had to freeze it

2019-11-05T18:31:53   00:00

**freedc** - is that what happend? did someone say they sent me a wire or something? and you thought I would just take the money and not pay you?

2019-11-05T18:32:42   00:00

**\*SYSTEM\*** - RedWomen has just uploaded an attachment.

2019-11-05T18:33:07   00:00

**freedc** - i would never ever do that first of all, i don&#039;t know if that is what caused this but if so, it NEVER EVER happened

2019-11-05T18:33:31   00:00

**RedWomen** - Check That ss please...

2019-11-05T18:33:49   00:00

**freedc** - 4874?

2019-11-05T18:34:10   00:00

**freedc** - a wire?

2019-11-05T18:34:12   00:00

---

**freedc** - yesterday

2019-11-05T18:34:14   00:00

---

**freedc** - is that what this is about? to evolve?

2019-11-05T18:34:23   00:00

---

**freedc** - is that where they sent it?

2019-11-05T18:34:27   00:00

---

**freedc** - i did not get a wire yesterday i&#039;ll show you my entire bank history for yestrerday and today

2019-11-05T18:34:45   00:00

---

**freedc** - if i&#039;d gotten a wire, i would have signed on and paid you

2019-11-05T18:34:54   00:00

---

**\*SYSTEM\*** - RedWomen has just uploaded an attachment.

2019-11-05T18:35:17   00:00

---

**RedWomen** - its $4784

2019-11-05T18:35:41   00:00

---

**RedWomen** - not to Evolve Bank

2019-11-05T18:36:02   00:00

---

**RedWomen** - Its sent to your citiy bank

2019-11-05T18:36:16   00:00

---

**\*SYSTEM\*** - freedc has just uploaded an attachment.

2019-11-05T18:36:16   00:00

---

**freedc** - Account #1 AT

2019-11-05T18:36:24   00:00

---

**freedc** - evolve bank and trust

2019-11-05T18:36:32   00:00

---

**RedWomen** - Provide the sending institution with the following information for a wire coming into your Schwab account. Bank Name Citibank            ddress 399 Park Ave, New York, NY 10022 ABA/Routing Number 021000089 Account Number ▮▮▮▮▮▮▮ Account Name Charles Schwab Co. Inc.

2019-11-05T18:37:19   00:00

---

**RedWomen** - this one

2019-11-05T18:37:25   00:00

---

**\*SYSTEM\*** - freedc has just uploaded an attachment.

2019-11-05T18:37:29   00:00

**freedc** - account #2 at evolve bank and trust

2019-11-05T18:37:37   00:00

---

**freedc** - no wires came in.. that&#039;s as of current time righ tnow

2019-11-05T18:37:47   00:00

---

**RedWomen** - it sent to Ur Citi Bank Trish

2019-11-05T18:38:07   00:00

---

**freedc** - and I told you before i couldn&#039;t accept to schwab b/c i had to freeze it b/c it was compromised..

2019-11-05T18:38:08   00:00

---

**freedc** - so if they tried to send it there it would never accept it and didn&#039;t

2019-11-05T18:38:20   00:00

---

**freedc** - i&#039;ll show you that as well

2019-11-05T18:38:23   00:00

---

**RedWomen** - You sent me Your acc details

2019-11-05T18:38:43   00:00

---

**RedWomen** - client sent already talk you bank

2019-11-05T18:38:53   00:00

---

**RedWomen** - Might Be a Problem in ur End not From our

2019-11-05T18:39:11   00:00

---

**RedWomen** - This is the Same Client Who sent Last Two Wires even..

2019-11-05T18:39:54   00:00

---

**\*SYSTEM\*** - freedc has just uploaded an attachment.

2019-11-05T18:40:28   00:00

---

**freedc** - see?

2019-11-05T18:40:30   00:00

---

**freedc** - nothing since it was frozen on the 31st

2019-11-05T18:40:35   00:00

---

**RedWomen** - this one Is Not the Same account

2019-11-05T18:41:35   00:00

---

**RedWomen** - this Has Different Acc number mention above

2019-11-05T18:41:49   00:00

---

**freedc** - your client sent a wire to me yesterday they said, and you think i just would take it and run?

2019-11-05T18:41:52   00:00

**freedc** - for 4500?

2019-11-05T18:41:58   00:00

---

**freedc** - common

2019-11-05T18:42:00   00:00

---

**freedc** - really?

2019-11-05T18:42:04   00:00

---

**freedc** - geez, you should know by know i wouldn&#039;t have anyway. common

2019-11-05T18:42:28   00:00

---

**freedc** - so you thought that and just went and blasted all the old positive feedback making it all negative.. so bad that paxful messaged me about it?

2019-11-05T18:43:31   00:00

---

**RedWomen** - See i am Verified Trader Too... in Many ways Trish.... Its Not about you run..Its About you online and Tradig eith others and Didnot Responding me.. and Its Hurt

2019-11-05T18:44:50   00:00

---

**freedc** - when after my funds were frozen b/c of 3 dsputed trades i did with you didn&#039;t result in me leaving one negative feedback? don&#039;t you think if I was that kind of person I would have come on here and put extra pressure on you to make it right by changing all my feedback?

2019-11-05T18:45:13   00:00

---

**freedc** - the thought never even occured to me to do that

2019-11-05T18:45:18   00:00

---

**freedc** - i gave you the benefit of the doubt and it has hurt me so bad

2019-11-05T18:45:33   00:00

---

**freedc** - those disputes.. and i gave you the benefit of every dought still and the cost to me was far far greater than the sum of that wire.. why would i take that wire and run?

2019-11-05T18:46:01   00:00

---

**RedWomen** - see if You say you haven&#039;t got it... Then Client Will There Bank for dispute Yesterday Transfer as You Said You Havenot Got that... see

2019-11-05T18:46:42   00:00

---

**freedc** - i feel sick right now

2019-11-05T18:49:12   00:00

---

**freedc** - i have about 5k in bitcoin.. i never got any wire, but you can have it

2019-11-05T18:49:27   00:00

---

**freedc** - i do&#039;nt even care

2019-11-05T18:49:29   00:00

---

**RedWomen** - 16dQFCvvDYRGSrHMcQyNeTMVJEjHr9d6Wg

2019-11-05T18:50:14   00:00

**RedWomen** - send Direct to client

2019-11-05T18:50:27   00:00

---

**RedWomen** - to their Address

2019-11-05T18:50:36   00:00

---

**freedc** - if they sent it last night later in the day or evening it&#039;s possible it will come at the evening release time but i&#039;m thinking ifg they sent it yseterday evolve would have already credited it

2019-11-05T18:50:52   00:00

---

**freedc** - and they haven&#039;t

2019-11-05T18:50:55   00:00

---

**freedc** - i also checked my brokerage accounts at schwab in case they sent it there and it&#039;s not there

2019-11-05T18:51:52   00:00

---

**RedWomen** - Trish I sent you all Proof with All Screenshots since Yesterday i am Texting like dump...But u dont Reply what i am Supposebly do

2019-11-05T18:52:54   00:00

---

**RedWomen** - Please pay the Coins to Then Wirth 4250$ USD coins to that address and Thank You so Much All..

2019-11-05T18:53:33   00:00

---

**freedc** - i had to go close my applepay offer so no one would bid

2019-11-05T18:56:35   00:00

---

**RedWomen** - go ahead

2019-11-05T18:56:51   00:00

---

**freedc** - is that why the paxful guy messaged me?

2019-11-05T18:57:01   00:00

---

**RedWomen** - I mean Trish.. You Just Pull Me down By Not replying me

2019-11-05T18:58:11   00:00

---

**RedWomen** - I got another lesson ....

2019-11-05T18:58:24   00:00

---

**RedWomen** - Please Quickly send the Coins and Let me Free by that Thing... and i will update Ur feedbacks and Thank You

2019-11-05T18:58:59   00:00

---

**RedWomen** - 16dQFCvvDYRGSrHMcQyNeTMVJEjHr9d6Wg

2019-11-05T18:59:11   00:00

---

**RedWomen** - Send to This Please Quickly.....

2019-11-05T18:59:28   00:00

---

**freedc** - i don&#039;t even want to look at my profile.. I did so many trades with you- so yeah, it could be

totally ruined now. i don&#039;t deserve this. i didn&#039;t get any wire that I didn&#039;t pay for. i didn&#039;t get anything I didn&#039;t pay for.. ever.

2019-11-05T18:59:36   00:00

---

**freedc** - i always pay

2019-11-05T18:59:38   00:00

---

**\*SYSTEM\*** - RedWomen has just uploaded an attachment.

2019-11-05T19:00:51   00:00

---

**freedc** - with all the scrutiiny on me for my case, i can&#039;t afford to have allegations made against me on a publicv profile.

2019-11-05T19:00:59   00:00

---

**freedc** - that&#039;s not why i wouldn&#039;t steal it, i wouldn&#039;t steal it b/c it&#039;s not what I DO!

2019-11-05T19:01:24   00:00

---

**freedc** - EVER!!!!! People steal from me.. all the time, which is WHY I COULDN&#039;T DO IT B?C I KNOW HOW IT FEELS!

2019-11-05T19:02:12   00:00

---

**freedc** - and you should KNOW that. you do know that.

2019-11-05T19:03:08   00:00

---

**freedc** - so i do not get this at all

2019-11-05T19:03:14   00:00

---

**RedWomen** - You Gave account on Tele&#039;xgram I Had sent Wire i Had Provide All Screenshots, Transfer, Confirmation, Success , Completed ... You didnot Reply so Whats my Issue. You Trading wirh other.. You you Ignoring me...

2019-11-05T19:04:02   00:00

---

**freedc** - what did I do? what? i showed you my transactions. I cannot edit a picture file in 1 minute to delete them. those were ALL my transactions!

2019-11-05T19:04:04   00:00

---

**freedc** - i fit said completed, then that means it left their account, but why haven&#039;t I received it if they sent it early enough yesterday?

2019-11-05T19:04:52   00:00

---

**freedc** - i haven&#039;t received anything yet

2019-11-05T19:04:57   00:00

---

**freedc** - geez.. i don&#039;t know what more i can do to prove that to you but my God, it&#039;s totally unfair. I &#039;ll keep checking ok?

2019-11-05T19:05:19   00:00

---

**freedc** - if it coes in of course i will release it

2019-11-05T19:05:26   00:00

**freedc** - but this is not the way to handle it.. b/c we did way tooo much business for me to do you like that

2019-11-05T19:05:54   00:00

---

**freedc** - so don&#039;t do me like that

2019-11-05T19:05:56   00:00

---

**RedWomen** - If You can Give Coins Better else Client won&#039;t Wait Too Much Coins mm they Will Call bank and Dispute all the Transfer

2019-11-05T19:07:08   00:00

---

**RedWomen** - If younwanna wait

2019-11-05T19:07:19   00:00

---

**RedWomen** - I am Dont this time But being waited and Waited ..

2019-11-05T19:07:46   00:00

---

**RedWomen** - This is the Last Wire From me... I Been Texting you ro clear it

2019-11-05T19:08:42   00:00

---

**RedWomen** - I Made Transfer and all Your Bank issue and all... Talk them ... gave U Screenshot fins there Confirmation number and Check it

2019-11-05T19:09:31   00:00

---

**RedWomen** - But for Now Please release coins I Need to send them.. They are waiting....

2019-11-05T19:09:53   00:00

---

**RedWomen** - Sending again Kaat time address BTC

2019-11-05T19:10:07   00:00

---

**RedWomen** - 16dQFCvvDYRGSrHMcQyNeTMVJEjHr9d6Wg

2019-11-05T19:10:23   00:00

---

**freedc** - a friend sent a tiny wire this morning to evolve

2019-11-05T19:11:01   00:00

---

**freedc** - it arrived an hour ago

2019-11-05T19:11:05   00:00

---

**freedc** - 100 only

2019-11-05T19:11:08   00:00

---

**freedc** - if the money isn&#039;t showing in my account, what am i supposed to do?

2019-11-05T19:11:48   00:00

---

**freedc** - if i just released wire payments that haven&#039;t arrived... based on a screen shot that they were sent I&#039;d go bankrupt

2019-11-05T19:12:31   00:00

---

**freedc** - you can&#039;t possibly expect people to do that, and you KNOW i am not lying to you. I know you know that

2019-11-05T19:12:47   00:00

**freedc** - so why insist that I must have it and just decided to pocket the money? what would I gain from that? in the long run? Nothing but a headache and stress that I don&#039;t need. for 4500? I&#039;d be insane!

2019-11-05T19:13:34   00:00

**RedWomen** - Listen Wire Has Not sent to Evolve Its sent to Ur citi Bank and You Know i womt do Hassle for $4k .. You Know always Been Sent $20K $30k Single Wire to you always... I wont said Anything... its that Time already Out ots been 48 hours now.. and client Need coins...

2019-11-05T19:14:56   00:00

**RedWomen** - Talk to You Bank &amp; else client will talk to there Bank If he dont get coins... See i am Not forcong anything all Upto You.... Realse it or Not... I Drop address above.....

2019-11-05T19:16:21   00:00

**freedc** - It&#039;s just totally unreasonable to change legitimate positive feedback to negative based on a wire that has not arrived. a wire which I didn&#039;t even know was sent until now and which I have shown you hasn&#039;t arrived, when I did 100K worth of business with you over a week and which has caused me so much stress by freezing morgan stanely and I never once considered do such things to you.

2019-11-05T19:17:02   00:00

**freedc** - it isn&#039;t fair. it&#039;s not right. I didn&#039;t receive it. And the minute I did I would release it and you should know that by now that i would.

2019-11-05T19:18:10   00:00

**freedc** - but you can just leave the negative feedback up if it makes things feel better for you. i don&#039;t know what else to say. i&#039;ll still release it if/when it arrives.

2019-11-05T19:20:10   00:00

**freedc** - but i have an appointment to be at in 20 minutes at the doctor, a follow up and i have to go.

2019-11-05T19:20:44   00:00

**freedc** - when i get back i will check again and maybe it will be put in the evening batch if it got held up last night and didn&#039;t come through.. i don&#039;t know.

2019-11-05T19:21:14   00:00

**freedc** - but it&#039;s not there currently

2019-11-05T19:21:18   00:00

**freedc** - i thought you were my friend

2019-11-05T19:21:54   00:00

**freedc** - if they sent it and it completed to evolve, and they sent it late enogh in teh day it&#039;s possible it will post in the eveing batch. otehr than that i don&#039;t know what else more I can do or say. i&#039;ll check again in approx 1-1.5 hrs upon returning.

2019-11-05T19:24:11   00:00

**RedWomen** - Hi

2019-11-06T09:45:13   00:00

**RedWomen** - Trish

2019-11-06T09:45:21   00:00

**freedc** - h3ey

2019-11-07T18:31:19   00:00

**freedc** - hey

2019-11-07T18:31:20   00:00

**freedc** - help me

2019-11-07T18:31:21   00:00

**freedc** - are you there!?

2019-11-07T18:31:25   00:00

**freedc** - your buyer

2019-11-07T18:31:28   00:00

**freedc** - reversed the 29,000 wire!!

2019-11-07T18:31:34   00:00

**freedc** - YOU HAVE TO DO SOMETHING

2019-11-07T18:31:46   00:00

**freedc** - please

2019-11-07T18:31:48   00:00

**freedc** - my schwab accounts are now in total lockdown

2019-11-07T18:32:06   00:00

**freedc** - i have no access to any money now b/c morgan stanely is still frozen b/c of the zelle disputs

2019-11-07T18:32:28   00:00

**freedc** - please please please

2019-11-07T18:32:34   00:00

**freedc** - please help me

2019-11-07T18:32:36   00:00

**freedc** - NEED NUMBER for J.S. ███████

2019-11-07T23:47:00   00:00

**freedc** - now

2019-11-07T23:47:01   00:00

**freedc** - immediately please

2019-11-07T23:47:11   00:00

**freedc** - i need to here it from him whether or not he ever got the 29K btc i released to you

2019-11-07T23:47:29   00:00

**freedc** - i think might have just figured it all out

2019-11-07T23:47:48   00:00

---

**freedc** - the insane pressure to get the 70K was partially to cover this 30K that you didn&#039;t release to him in full or at all. That

2019-11-07T23:48:07   00:00

---

**freedc** - the insane pressure to get the 70K was partially to cover this 30K that you didn&#039;t release to him in full or at all. That&#039;s it right?

2019-11-07T23:48:09   00:00

---

**freedc** - it has to be it

2019-11-07T23:48:12   00:00

---

**freedc** - there is no way an american would take that kind of risk to reverse a 29K wire unless they simply never got the btc. And he probably thinks he sent the money to you, so that&#039;s why he reversed it.. nothing else makes any sense. And that explains why you were so insistant on getting the 70K immeidately and left all the bogus negative feedback to pressure me to get it too... it&#039;s only way any of this insanity makes any sense.

2019-11-07T23:49:42   00:00

---

**freedc** - Wow, I&#039;m really stupid for not figuring this out the minute you put up all the negative feedback, especially once you continued to leave it up after I showed you I didn&#039;t get the small wire... that should have said enough for me to figure it out, but I never would imagined that you&#039;d write bogus negative feedback on me at all especially since I was the one financially ruined by our trades, not the other way around. I paid for everything and got totally ruined by it. So yeah, preemptively you can leave an ton of crazy false negative feedback as protection against any complaint I might make regarding both the wire and zelle disputes. to preemptively hold back my complaint this week because you already suspected he&#039;d reverse the wire..b/c you either kept it or gave it to another buyer and just expected that I&#039;d have another 70K ready to go later. when I didn&#039;t that&#039;s why you felt like you had to do it. To get ahead of the story for this week. Wow, I didn&#039;t see this coming at all. I was just giving you the benefit of the doubt that you must be really stressed or something b/c it makes no sense to do that to someone you&#039;d want to work with again. you probably thought after the wire was reversed, I wouldn&#039;t trade again with you anyway, so why not blast my character preemptively to make it appear that I was the one that had had taken your money. Wow. that&#039;s kind of sad actually. It&#039;s the ONLY thing that makes any sense now that I think of what really must have happened. I&#039;m pretty dumb. But you should not have picked me to do all this too because I was nice to you and you could have chosen to do it to someone who actually took something from you. If I&#039;m wrong, the only way to show that to me is giving me the Charles Schwab buyer&#039;s phone or email. Otherwise, it&#039;s the only logical explaination why all you&#039;d give me was his name after hearing what he did not me and knowing full well I realeased all his coin and yours. It&#039;s a shame, really.

2019-11-08T00:33:21   00:00

---

**\*SYSTEM\*** - RedWomen updated their feedback

2019-11-10T07:55:24   00:00

---

**\*SYSTEM\*** - RedWomen updated their feedback

2019-11-10T07:55:55   00:00

---

**RedWomen** - Hi

2019-11-10T08:00:24   00:00

---

**RedWomen** - i am Here Whaf the Shit You talking about....

2019-11-10T08:00:42   00:00

---

**RedWomen** - Dont Understand at all

2019-11-10T08:00:53   00:00

**RedWomen** - i Never Ever Lie Like Ever Especially to a Like being a Girl Never Trish... I am Not That kinda All Tell What Exectly happened And all and why still You Blame me or Not trusting me

2019-11-10T08:02:55   00:00

**freedc** - I need J.S. &#039;s email address or his messaging app ID/number

2019-11-15T08:53:29   00:00

**freedc** - what ever he used to communicate with you on he night of Oct 30 the night he sent the wire

2019-11-15T08:53:50   00:00

**freedc** - he sent you all those screenshots i think on *CENSORED*

2019-11-15T08:53:59   00:00

**freedc** - please provide that information. if it&#039;s about protecting him, the FBI already has his information, but they won&#039;t share it with me while the investigation is ongoing

2019-11-15T08:54:27   00:00

**freedc** - I want to have a civil conversation with him to find out his reasoning for doing what he did. I will be polite and merely say I would like to understand from his vantage point what happened that caused him to do what he did. I won&#039;t be combative.

2019-11-15T08:55:24   00:00

**freedc** - This is time sensitive and urgent

2019-11-15T08:56:45   00:00

**freedc** - You told me you run a foundation that a Charity For Helping Window&#039;s Women

2019-11-15T08:57:03   00:00

**freedc** - I&quot;assuming you meant widows, correct?

2019-11-15T08:57:17   00:00

**freedc** - If you help me from getting falsely accused of a crime caused by your buyer, and help me get him to return the money and get your zelle buyers to retract their disputes by tomorrow when I meet with morgan stanely, I will make a $30,000 USD donation to your organization

2019-11-15T08:58:20   00:00

**freedc** - because guess what, as of now, there is a very good chance that by the end of the day tomorrow BOTH my morgan stanley and Charles schwab accounts that I&#039;ve had for 5 years are going to be closed permantly

2019-11-15T08:59:00   00:00

**freedc** - And it will take months for me to access the money because for big accounts like that were there is fraud alleged, not only will that be reported permantly on my &quot;Chex Report&quot; (it&#039;s like a credit report but for banks)m but there is a long waiting period to get the funds sent to you by cashier&#039;s check. One bank got closed 2 years ago after it was hacked and I didn&#039;t get my money for 8 whole months!

2019-11-15T09:00:28   00:00

**freedc** - if that happens, I will go from having several million dollars to not being able to by food or pay my rent, let alone my legal bills. I will have to drop out of the custody case and wait over a year to start it again

2019-11-15T09:01:07   00:00

**freedc** - that is why I&#039;m willing to make that donation if you will see your promise through to &quot;fix it&quot;...

2019-11-15T09:01:32   00:00

**freedc** - I shouldn&#039;t have to offer to pay you to do it, since the money has already been paid for what I lost, but it means so much to me and it would have probably been something I would have donated anyway had we stayed friends and you stood by me

2019-11-15T09:02:22   00:00

**freedc** - so I might as well do it if you do actually help me out.. but i&#039;ve been waiting now over 2 weeks for zelle help

2019-11-15T09:02:42   00:00

**freedc** - please contact me

2019-11-16T04:18:14   00:00