# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 20-cr- |
| | : | |
| v. | : | Magistrate No. 19-mj-00264 |
| | : | |
| **TRICIA STEELE BOUTROS,** | : | Violation: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1344(1), 1344(2) |
| | : | (Bank Fraud) |
| | : | |
| | : | Forfeiture: |
| | : | 18 U.S.C. § 982(a)(2)(A), |
| _____ | : | 21 U.S.C. § 853(p) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Bank Fraud)

At times material to this Information:

### Background

1. Defendant Tricia Steele Boutros (Defendant Boutros) resided in the District of Columbia.

2. Defendant Boutros was licensed to practice law in the District of Columbia.

3. On or about October 19, 2016, Defendant Boutros registered Steele Legal, PLLC (Steele Legal), in the District of Columbia. Defendant Boutros used SL Global Partners and SLG Partners as trade names for Steele Legal. Steele Legal was a "cloud-based" law firm that had no employees.

4. On or about February 28, 2018, Defendant Boutros opened BB&T account number x4559 in the name Steele Legal. The account was not designated as an Interest on Lawyer Trust Account (IOLTA) or any other type of trust account.

5. JPMorgan Chase Bank (Chase) was a financial institution within the meaning of 18 U.S.C. § 20. Chase's deposits were insured by the Federal Deposit Insurance Corporation.

6. C.W. was a Chase account holder. C.W. was the account holder for Chase account number x3001.

7. Automated Clearing House (ACH) was a network that coordinates electronic payments and money transfers.

**The Scheme to Defraud**

8. From in or about October 2016 through in or about November 2019, within the District of Columbia and elsewhere, Defendant Boutros and others, known and unknown to the United States Attorney, participated in a scheme and artifice to defraud financial institutions, including Chase, and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of financial institutions, including Chase, by means of materially false and fraudulent pretenses, representations, and promises.

## The Purpose of the Scheme

9.     The purpose of the scheme to defraud was for Defendant Boutros to unlawfully enrich herself by illegally accessing bank accounts and transferring funds from those accounts to accounts that she controlled and to pay her personal expenses.

## The Manner and Means of the Scheme

10.    It was a part of the scheme that Defendant Boutros illegally obtained usernames and passwords for account holders at various banks.

11.     It was a further part of the scheme that Defendant Boutros illegally accessed bank accounts utilizing the account holder usernames and passwords.

12.    It was a further part of the scheme that Defendant Boutros fraudulently caused ACH transfers and checks to be issued from the illegally accessed accounts to accounts that she controlled and to pay her personal expenses.

13.    It was a further part of the scheme that Defendant Boutros obtained the means of identification of other persons and used this information to open accounts in their names without their authorization.

14.    It was a further part of the scheme that Defendant Boutros transferred funds from accounts that she illegally accessed to the accounts that she unlawfully opened using the means of identification of other persons.

15.    It was a further part of the scheme that Defendant Boutros opened accounts in the name of "Tricia Steele" but with false additional identifying information, such as a different middle name.

16.    It was a further part of the scheme that Defendant Boutros created counterfeit identification documents for "Tricia Steele" to open these accounts.

17.     It was a further part of the scheme that Defendant Boutros transferred fraudulently obtained funds to the accounts she created in the name of "Tricia Steele" with counterfeit identification documents.

18.     It was a further part of the scheme that Defendant Boutros illegally accessed C.W.'s Chase account number x3001.

19.     It was a further part of the scheme that on or about the following dates, Defendant Boutros caused ACH transfers to be initiated from C.W.'s account to BB&T Steele Legal account number x4559 without C.W.'s authorization:

| DATE | ACH TRANSFER AMOUNT |
|---|---|
| August 3, 2018 | $3,750 |
| August 6, 2018 | $8,600 |
| August 7, 2018 | $8,200 |
| August 7, 2018 | $13,000 |
| August 8, 2018 | $6,600 |
| August 9, 2018 | $6,800 |
| August 9, 2018 | $8,800 |
| **Total:** | **$55,750** |

**The Execution of the Scheme**

20. On or about August 7, 2018, in the District of Columbia, Defendant Boutros knowingly executed and attempted to execute the above-described scheme by initiating a $13,000 ACH transfer from Chase account number x3001 held in the name of C.W. to BB&T account number x4559 held in the name of Steele Legal.

**(Bank Fraud, in violation of Title 18, United States Code, Section 1344(1), 1344(2))**

## FORFEITURE NOTICE

1. Upon conviction of the offense alleged in Count One, Defendant Boutros shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds Defendant Boutros obtained directly or indirectly, as the result of the offense. The United States will seek a forfeiture money judgment equal to the value of any property constituting, or derived from, proceeds Defendant Boutros obtained directly or indirectly, as the result of the offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of Defendant Boutros:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property that cannot be divided without difficulty;

Defendant Boutros shall forfeit to the United States any other property of Defendant Boutros, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 982(a)(2)(A), and Title 21, United States Code, Section 853(p))**

                                  TIMOTHY J. SHEA
                                  United States Attorney
                                  for the District of Columbia

By: _____
                                  Elizabeth A. Aloi
                                  Assistant United States Attorney
                                  Fraud and Public Corruption Section
                                  U.S. Attorney's Office for the District of Columbia
                                  555 4th Street, N.W.
                                  Washington, D.C.  20530
                                  Elizabeth.Aloi@usdoj.gov
                                  202-252-7212