UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 20-cr-82 |
| v. | : | |
| TRICIA STEELE BOUTROS, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE AND RELEVANT CONDUCT

For purposes of Federal Rule of Criminal Procedure 11(b)(3) and to assist in the determination of the applicable Sentencing Guidelines, the parties stipulate to the following:

### Defendant Boutros

1. Defendant Tricia Steele Boutros (Defendant Boutros) resided in the District of Columbia. She has been licensed to practice law in the District of Columbia since 2008.

2. On October 19, 2016, Defendant Boutros registered Steele Legal, PLLC (Steele Legal) in the District of Columbia. Defendant Boutros used SL Global Partners and SLG Partners as trade names for Steele Legal. Steele Legal was a "cloud-based" law firm that had no employees other than Ms. Boutros.

### The Scheme to Defraud

3. From in or about October 2016 through in or about October 2019, Defendant Boutros participated in a scheme and artifice to defraud financial institutions, and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of financial institutions, by means of materially false and fraudulent pretenses, representations, and promises.

4. Defendant Boutros illegally accessed bank accounts belonging to individuals and businesses and knowingly transferred funds from those accounts to accounts that she controlled. She also knowingly used funds from the illegally accessed accounts to pay her personal expenses, such as credit card bills, child support, and rent. Defendant Boutros intended to deceive the banks and obtain property under their custody and control by making it appear that she was the actual account holder conducting legitimate transactions.

### The Illegal Accessing of Bank Accounts

5. Defendant Boutros obtained login information, i.e., usernames and passwords, for account holders from the internet, including the "dark web." The "dark web" is only accessible through an encrypted network, which allows users and websites to remain anonymous.

6. Defendant Boutros obtained some account holder login information from Danial Jeloudar. Jeloudar is on the FBI Cyber's Most Wanted list. Defendant Boutros first encountered Jeloudar on a peer-to-peer cryptocurrency trading website called Paxful, at which time Jeloudar was using an alias. Defendant Boutros agreed to sell cryptocurrency to Jeloudar under his alias in exchange for U.S. dollars. In their first encounter, she transferred cryptocurrency to Jeloudar, but Jeloudar's payment to her was later reversed. Defendant Boutros engaged in further interactions with Jeloudar under his alias in an effort to recover payment and eventually became aware of Jeloudar's identity and criminal status during the time period that she communicated with him.

7. Defendant Boutros illegally accessed at least 30 bank accounts from at least ten different banks utilizing the login information that she obtained.

### Use of ACH to Fraudulently Obtain Funds

8. Automated Clearing House (ACH) is a network that coordinates electronic payments and money transfers. Defendant Boutros caused fraudulent ACH transfers to be issued

from accounts that she illegally accessed to accounts that she controlled and to pay her personal expenses.

9. For example, on February 28, 2018, Defendant Boutros opened BB&T account number x4559 in the name Steele Legal. The account was not designated as an Interest on Lawyer Trust Account (IOLTA) or any other type of trust account. Defendant Boutros was able to initiate ACH payments to the account through BB&T.

10. As of July 31, 2018, the balance in BB&T account x4559 was $4,646.22.

11. From August 1, 2018, through August 31, 2018, Defendant Boutros initiated approximately 28 ACH transfers from accounts that she had illegally accessed to BB&T account number x4559. The total amount of the initiated transfers was approximately $791,409.

12. Defendant Boutros initiated all of the ACH transfers without the consent of the account holders. The account holders were not clients of Steele Legal.

13. BB&T ultimately returned every ACH transfer that BB&T account x4559 received during the entire time period that the account was open. On September 28, 2018, BB&T closed the account due to Defendant Boutros's fraud.

14. Plooto, Bluepay, ACHWorks, Bill.com, and ACH Processing Company are companies that process ACH transactions. Defendant Boutros opened accounts at these companies in the names of Steele Legal, her own name, and a joint account in her name and her father's name. Defendant Boutros then used these companies to process ACH transfers from accounts that she illegally accessed to accounts that she controlled and to pay her personal expenses, such as her credit card accounts, child support, and rent. Defendant Boutros did not have the consent of the account holders to initiate these transactions. None of the account holders were clients of Steele Legal.

3

15. The table below details certain of the unauthorized ACH transactions initiated by Defendant Boutros from accounts that she illegally accessed to accounts that she controlled and to pay her personal expenses. Unauthorized ACH transactions that were completed were deposited into six Charles Schwab (Schwab) accounts, one UBS account, one TD Bank account, and one United Bank account controlled by Defendant Boutros. The accounts were held in the name of: Defendant Boutros, Defendant Boutros and her father, Steele Legal, and SLG Partners.

| Company | Approximate # of ACH Transactions | Approximate Dollar Amount | Time Period |
|---|---|---|---|
| Plooto | 201 | $739,393 | 4/2/19-8/9/19 |
| Bluepay | 47 | $598,964 | 1/18/19-3/21/19 |
| ACHWorks | 139 | $486,806 | 10/26/18–12/7/18 |
| Bill.com | 53 | $397,878 | 7/18/17-9/7/17 |
| ACH Processing Company | 44 | $136,250 | 12/20/18 – 1/16/19 |

**Use of Checks to Fraudulently Obtain Funds**

16. Defendant Boutros wrote fraudulent checks drawn from accounts that she illegally accessed. These checks were payable to herself, Steel Legal, SLG Partners, and third parties. In some cases, Defendant Boutros electronically created the checks using the account number and routing number from an illegally accessed account. The following are some examples of Defendant Boutros's use of checks to fraudulently transfers funds from accounts that she illegally accessed:

    a. Defendant Boutros illegally accessed JPMorgan Chase (Chase) account x9358 held in the name P.P. On August 17, 2017, Defendant Boutros caused a $10,500 check to be fraudulently issued from P.P.'s account to Wells Fargo to pay her credit card bill.

    b. Defendant Boutros illegally accessed Bank of America account x1775 held in the name of H.M. On April 9, 2017, Defendant Boutros caused an $18,479.27 check to be fraudulently issued from H.M.'s account to Citicards to pay her credit card bill.

  c. Defendant Boutros illegally accessed Chase account x7173 held in the name of H.S. Between July 17, 2017, and July 25, 2017, Defendant Boutros caused four checks totaling $14,200 to be fraudulently issued from H.S.'s account payable to Defendant Boutros.

### Opening of Accounts with Means of Identification of Other Persons

17. Defendant Boutros unlawfully obtained the means of identification of other persons. She then used the means of identification of these persons to fraudulently open bank accounts either solely in their names or joint accounts in their names and Defendant Boutros's name. Defendant Boutros used these accounts to facilitate the transfer of fraud proceeds.

18. In total, Defendant Boutros fraudulently opened at least nine different accounts using means of identification that she unlawfully obtained. The following are some examples of Defendant Boutros illegally accessing accounts in the names of other persons and then transferring funds from these accounts to accounts that she fraudulently opened using the means of identification of those persons:

  a. D.R. and Y.R. are husband and wife. Defendant Boutros illegally accessed D.R.'s Bank of America account number x5604. On August 2, 2017, Defendant Boutros fraudulently opened Betterment joint account number x8804 in the names of D.R. and Y.R. On August 2, 2017, Defendant Boutros initiated an unauthorized $2,000 ACH transfer from D.R.'s Bank of America account number x5604 to Betterment account number x8804. On August 8, 2017, Defendant Boutros initiated another unauthorized ACH transfer for $40,000 from D.R.'s Bank of America account number x5604 to Betterment account number x8804.

   b. Defendant Boutros illegally accessed Chase account numbers x5579 and x6293 in the name of a wealth management company. S.D. was the primary signatory on these accounts. On January 2, 2018, Defendant Boutros fraudulently opened Goldman Sachs account number x8751 in the names of S.D. and "Tricia Steele." On January 3, 2018, Defendant Boutros initiated a fraudulent $4,500 ACH transfer from Chase account number x5579 to Goldman Sachs account number x8751. On January 3, 2018, Defendant Boutros initiated a fraudulent $7,500 ACH transfer from Chase account number x6293 to Goldman Sachs account number x8751. On January 8, 2018, Defendant Boutros initiated a transfer of $9,500 from Goldman Sachs account number x8751 to SunTrust account number x2041 held in the name of "Tricia Steele."

19. Defendant Boutros obtained checkbooks for some accounts that she fraudulently opened using the means of identification of other persons. Defendant Boutros wrote checks drawn from these fraudulently opened accounts to other accounts that she controlled.

20. For example, on September 15, 2017, Defendant Boutros used the means of identification of R.D. to open Key Bank account number x0154 in the name of R.D. The initial deposit into the account was a $20,000 unauthorized ACH transfer from Chase account number x1222 on September 21, 2017.

21. Prior to the $20,000 ACH transfer being credited to Key Bank account number x0154, Defendant Boutros wrote a $4,250 check and a $15,000 check drawn from the account payable to Steele Legal. Defendant Boutros deposited both of these checks into PNC Bank account number x4351 held in the name of Steele Legal. However, no funds were transferred because there were insufficient funds in Key Bank account number x0154 to cover the checks. The

unauthorized $20,000 ACH transfer to Key Bank account number x0154 had not yet been credited to the account.

22.     On September 27, 2017, the unauthorized $20,000 ACH transfer into Key Bank account number x1054 was reversed. On October 10, 2017, Key Bank closed account number x1054 due to fraud.

### Bank Accounts Controlled by Defendant Boutros

23.     Defendant Boutros transferred fraud proceeds into approximately eleven accounts in the name of Steele Legal or SLG Partners.

24.     Defendant Boutros transferred fraud proceeds into at least 68 other accounts that she controlled. These other accounts included accounts in Defendant Boutros's name; accounts in the name of "Tricia Steele," but with a different middle name than her actual one; accounts in the name of the account holder from whose account she had illegally transferred funds; and joint accounts in her name and the name of the account holder from whom she had illegally transferred funds.

25.     Defendant Boutros transferred fraud proceeds from the different accounts that she controlled. For example, on June 22, 2018, Defendant Boutros opened Merrill Lynch personal cash management account number x1980 in the name of "Tricia S Boutros TOD Beneficiaries on File." Between August 1, 2018, and August 17, 2018, Defendant Boutros transferred approximately $285,000 from BB&T account number x4559 in the name of Steele Legal to Merrill Lynch account number x1980 as set forth below:

| Date | Amount |
| --- | --- |
| August 1, 2018 | $9,000 |
| August 2, 2018 | $9,500 |
| August 3, 2018 | $15,000 |
| August 6, 2018 | $25,000 |
| August, 6 2018 | $7,000 |

7

| Date | Amount |
|---|---|
| August 7, 2018 | $8,000 |
| August 8, 2018 | $15,000 |
| August 9, 2018 | $50,000 |
| August 10, 2018 | $15,000 |
| August 13, 2018 | $16,000 |
| August 13, 2018 | $8,000 |
| August 14, 2018 | $50,000 |
| August 15, 2018 | $7,500 |
| August 16, 2018 | $20,000 |
| August 16, 2018 | $20,000 |
| August 17, 2018 | $10,000 |
| **Total:** | **$285,000** |

26.   On September 11, 2018, Defendant Boutros opened UBS personal checking account number x6732 in the name of "Tricia S Boutros," using a fraudulent identification document bearing a picture of someone other than Defendant Boutros. Between September 11, 2018, and September 14, 2018, Defendant Boutros transferred approximately $405,000 from Merrill Lynch account number x1980 to UBS account number x8732 as set forth below:

| Date | Amount |
|---|---|
| September 11, 2018 | $300,000 |
| September 13, 2018 | $100,000 |
| September 14, 2018 | $5,000 |
| **Total:** | **$405,000** |

27.   Due to Defendant Boutros's rapid transfer of fraud proceeds to other accounts that she controlled, banks that originally received funds from the illegally accessed accounts were often not able to return the funds to the account holders (once the banks became aware of the fraud) because the funds had already been transferred.

## Use of Counterfeit Identification Documents

28.   Defendant Boutros used counterfeit identification documents to open accounts at numerous financial institutions. The counterfeit identification documents included fake passports and driver's licenses.

29.     For example, Defendant Boutros submitted a counterfeit U.S. passport photo page in the name of "Tricia Ann Steele" to open SoFi account number x5669. The individual in the photo was not Defendant Boutros. The passport number was not an actual number assigned to a U.S. passport holder.

30.     Defendant Boutros transferred fraud proceeds to accounts that she created with the counterfeit identification documents.

31.     Defendant Boutros also used a counterfeit temporary D.C. driver's license in the name of "Tricia E[redacted] Steele" to obtain a $30,000 loan from Funding Circle. Defendant Boutros applied for the loan on behalf of Steele Legal. The guarantor on the loan was "Tricia Steele."

32.     Patricia E[redacted] Steele is an actual person who resides in the District of Columbia. The counterfeit D.C. driver's license submitted by Defendant Boutros used Patricia E[redacted] Steele's actual address and date of birth. Defendant Boutros also submitted purported signed 2016 and 2017 U.S. individual tax returns in the name of "Tricia E. Steele" as part of the application process. The phony tax returns listed Patricia E[redacted] Steele's actual address and social security number.

33.     Funding Circle approved the loan to Steele Legal. On January 18, 2019, it transferred $30,000 to a UBS account in the name of Steele Legal. Steele Legal defaulted on the loan.

### The Illegal Accessing of C.W.'s Chase Account

34.     Chase was a financial institution within the meaning of 18 U.S.C. § 20. Chase's deposits were insured by the Federal Deposit Insurance Corporation.

35.     C.W. was the account holder for Chase account number x3001.

36. Defendant Boutros illegally accessed C.W.'s Chase account number x3001. On the following dates, Defendant Boutros knowingly caused ACH transfers to be initiated from C.W.'s account to BB&T Steele Legal account number x4559 without C.W.'s authorization:[1]

| DATE | ACH TRANSFER AMOUNT |
|---|---|
| August 3, 2018 | $3,750 |
| August 6, 2018 | $8,600 |
| August 7, 2018 | $8,200 |
| August 7, 2018 | $13,000 |
| August 8, 2018 | $6,600 |
| August 9, 2018 | $6,800 |
| August 9, 2018 | $8,800 |
| **Total:** | **$55,750** |

---

[1] These amounts are included in the total amount listed above in Paragraph 11 for ACH transactions involving BB&T account number x4559.

**Loss Amount**

37.    Defendant Boutros initiated or attempted to initiate at least $3,500,000 in fraudulent transactions from the accounts that she illegally accessed. In some instances, the transfers were stopped before they were processed or were able to be reversed after the fraud was discovered. Defendant Boutros ultimately obtained, directly or indirectly, between $1.3 and $2.2 million as a result of her fraud scheme.

    Respectfully submitted,

    TIMOTHY J. SHEA
    United States Attorney
    for the District of Columbia

By: *Elizabeth Aloi*
    Elizabeth A. Aloi
    Assistant United States Attorney
    Fraud and Public Corruption Section
    U.S. Attorney's Office for the District of Columbia

### Defendant's Acceptance

I have read this Statement of the Offense and carefully reviewed every part of it with my counsel. I am fully satisfied with the legal services provided by my counsel in connection with this Statement of the Offense and all matters relating to it. I fully understand this Statement of the Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

4-29-2020
Date

Tricia Steele Boutros
Defendant

### Defense Counsel's Acknowledgment

I have reviewed every part of this Statement of the Offense with my client. It accurately and completely sets forth the Statement of the Offense agreed to by the Defendant and the Office of the United States Attorney for the District of Columbia.

4/29/2020
Date

William Zapf
Counsel for Defendant