

www.bankofamerica.com

US ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
555 4TH STREET, NW
WASHINGTON, DC 20003

August 27, 2020

Account number: 4400668288801253

Elizabeth Ann Aloi:

We've incurred a loss of $24,642.92 resulting from the fraudulent use of the account listed above. We're requesting that full restitution be required from anyone charged or convicted in connection with this crime.

**Claim information:**
Customer name: Tricia S Boutros
Case number: 4400668288801253
Defendant name: Tricia Steele Boutros

For all correspondence mailed to us, please include the above account number and send all pertinent information and payments to PO Box 15730, Wilmington, DE 19885-5730,  Attention: DONNETTA CARDWELL.

**Questions?**
If you have any questions, please call us at 800.455.1724, Monday through Friday, 8 am to 5 pm Eastern. We appreciate your assistance with this matter.

Sincerely,

DONNETTA CARDWELL

Fraud and Claims

xxxxxxxxxxxx - 0000