UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 20-cr-82 (APM) |
| : | |
| **v.** : | |
| : | |
| **TRICIA STEELE BOUTROS,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

**PROPOSED ORDER OF FORFEITURE**

**WHEREAS**, the Defendant entered a guilty plea to Count One of an Information charging Bank Fraud, in violation of 18 U.S.C. § 1344;

**WHEREAS**, the Information alleged that upon conviction of the offense in Count One, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as the result of the offense; and that the United States will seek a forfeiture money judgment equal to the value of any property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as the result of the offense;

**WHEREAS**, as part of the Defendant's plea agreement, the Defendant has agreed to forfeit the following property, worth $496,054.41 to the United States:

| Asset ID Number | Description of Property |
|---|---|
| 19-FBI-007033 | 2018 Volvo XC60, Vehicle ID Number LYVA22RL3JB083645 |
| 20-FBI-002099 | $7,842.40 seized from Wealthfront account no. 8W651378 |
| 20-FBI-002101 | $7,141.81 seized from Mercury account no. 9800379436 |
| 20-FBI-002104 | $34,863.66 seized from Apex Clearing account no. 5QM53130 |
| 20-FBI-002105 | $253,564.53 seized from Morgan Stanley account nos. 504-048600-350 & 504-048601-350 |
| 20-FBI-002115 | $131,538.45 in funds seized from Charles Schwab account nos. 8681-3057, 4935-8642, 440029496740 |
| 20-FBI-002117 | $28,034.56 in funds seized from Charles Schwab account no. 8354-1104 |

**WHEREAS**, as part of the Defendant's plea agreement, the Defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in an amount between $1,300,000 and $2,200,000, offset against the value of the above property;

**WHEREAS**, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court determines, based on the evidence and information before it, including the Defendant's plea agreement and Statement of Offense, that any property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as the result of the offense in Count One is subject to forfeiture, pursuant to 18 U.S.C. § 982(a)(2)(A);

**WHEREAS**, upon entry of a forfeiture order, Fed. R. Crim. P. 32.2(b)(3) authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The following property is forfeited to the United States, pursuant to 18 U.S.C. § 18 U.S.C. § 982(a)(2)(A): any property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as the result of the offense in Count One. This includes:

| Asset ID Number | Description of Property |
| --- | --- |
| 19-FBI-007033 | 2018 Volvo XC60, Vehicle ID Number LYVA22RL3JB083645, worth $33,059.00 |
| 20-FBI-002099 | $7,842.40 seized from Wealthfront account no. 8W651378 |
| 20-FBI-002101 | $7,141.81 seized from Mercury account no. 9800379436 |
| 20-FBI-002104 | $34,863.66 seized from Apex Clearing account no. 5QM53130 |
| 20-FBI-002105 | $253,564.53 seized from Morgan Stanley account nos. 504-048600-350 & 504-048601-350 |
| 20-FBI-002115 | $131,538.45 in funds seized from Charles Schwab account nos. 8681-3057, 4935-8642, 440029496740 |
| 20-FBI-002117 | $28,034.56 in funds seized from Charles Schwab account no. 8354-1104 |

3. A forfeiture money judgment is entered against the defendant in the amount of $1,698,968.36, reflecting the difference between the property constituting or derived from

proceeds the Defendant obtained directly or indirectly as a result of the offense in Count One ($2,195,022.77) and the net value of the forfeited assets ($496,054.41);

4. The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the Defendant. It shall be made part of the sentence and included in the judgment.

5. The Attorney General or a designee, pursuant to Fed. R. Crim. P. 32.2(b)(3), is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2020.

_____
THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE