October 2, 2020

**VIA ELECTRONIC MAIL**

The Honorable District Judge Amit P. Mehta
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:     Victim Impact Statement of Victor Boutros in *United States v. Tricia Steele Boutros*,
         1:20-cr-00082-APM

Dear Judge Mehta,

My name is Victor Boutros, and I was married to Trish for over sixteen years.  We moved to DC in 2007, and I took a job as a Trial Attorney in the Criminal Section of the Civil Rights Division at the U.S. Department of Justice, where I worked on police misconduct, hate crimes, and human trafficking cases.  In 2015, I left the Justice Department to launch the Human Trafficking Institute, which partners with developing countries around the world to measurably reduce the prevalence of human trafficking. I'm now a single dad of two amazing kids, whom I love with all my heart. Although I'm no longer married to Trish, I still care about her and her family and want the best for them.

I spent nearly a decade trying to care for and support Trish and to protect her and my kids from her increasingly dangerous, destructive and deceptive behavior. I have heard for a long time that I am powerless to stop Trish from continuing in her cycle of destructive and deceptive behavior, but only after many years of trying hard and painfully and repeatedly failing have I come to fully believe it. After a lot of work and counsel, I have decided to do my best not to play a role in enabling her destructive behavior or her lies because that is the least loving or compassionate thing I can do for her – or for our kids.

I agree with her family members that she is an extraordinary person with significant talents and promise. It is tragic to see her continuing to use those talents and gifts as a criminal and con artist, leaving hundreds of innocent individuals in her wake.  I am convinced by the failures of the last 13 years that the only remaining chance she has to reverse the increasingly destructive path she has been on is a lengthy period of imprisonment where she does not use drugs, engage in elaborate deceptions, or shift responsibility for the choices that she's made to others.

I know that I am just one of the 200+ individuals who have been harmed by Trish's most recent fraud, but her fraud continues to impact me and my family's everyday life.  Every time I get an out-of-the-blue call from a debt collector telling me for the first time that I am overdrawn at a financial institution that I've never banked with (and sometimes never even heard of), my stomach turns as I think about all the work that will be required to deal with yet another fraudulent account she has opened in my name. I've frozen my credit and built monthly fraud protection into my budget, and none of it has been enough to catch up with the number of accounts Trish has opened using my information. Even with all the protections in place I could find, I've still had to expend significant resources and time to repair the damage her fraud has done to my credit. These costs are not captured by the loss figures, but they are no less real or impactful.

It is terrifying to see in the sentencing exhibits a photo of an Iranian hacker on the FBI's most wanted list holding my driver's license and to learn that Trish is urging him to use it to open fraudulent accounts in my name.  It grieved me to see the cruel delight and utter absence of compunction for the damage she is raining down on me and our children as she actually celebrates with an Iranian hacker taking out "a credit line of $560,000 which I can use no matter what and it's under [ex-husband's name]'s SSN!! Hahahah… and after we are divorced, it's his debt lol."

It feels powerless and defeating to learn over and over by experience that Trish's methods are so sophisticated and relentless that I'll never have control over my personal identity or finances again.

As I read her lawyer's sentencing memo, I was sickened to see Trish making false allegations that I was violent or abusive towards her.  She knows that those allegations are false and deeply hurtful – but she did it anyway.  In her written 9th Step amends, she apologized to me for having "falsely defamed your character" with made-up allegations of abuse to mask over her own misdeeds and having "manipulated and hurt lots of people in the process."  She promised to never do that again, but it now appears that "amend" was just another fraud.

Trish's sentencing memo references a number of letters, mostly from her family and her parents' friends.  Those letters paint a picture of a life of privilege and promise – a wonderful childhood, with supportive parents, elite educational opportunities, sports success, and a great career trajectory.  All true.  However, the vast majority of those writing support letters have spent little or no time with Trish in the decade or so leading up to the current fraud.  In fact, with the exception of her parents', none of the letters even purports to describe the 10-15 years leading up to the fraud to which she has now pled guilty.

Yet that is the time period she made the crux of her sentencing memo, claiming (1) her criminal behavior in the most recent fraud was an aberration, and (2) it was brought on by (a) the trauma of divorce and having her kids stripped away, (b) a noble desire to get money she needed to help get her kids back, and (c) mental health and addiction challenges.  By making the critical time period the decade or so preceding the bank fraud, Trish has put this Court in the awkward position of having to evaluate the self-serving claims of someone convicted of a sophisticated and massive fraud.  My hope with this letter is to provide some additional information that is helpful to the Court in properly assessing those claims.

**1. This fraud is just the latest in a decade-long crescendo of criminal conduct and destructive deceptions.**

One central claim in Trish's sentencing memo is that "[t]his Court should grant a variance based on the aberrant nature of her conduct."  She describes the bank fraud as "a complete break from her past life."  She claims that "[s]he did not engage in any criminal conduct" and claims to have "lived a law-abiding life until the instant offense began."  She uses this claim to suggest the bank fraud is not representative of her character, and that it makes it statistically unlikely that she will engage in criminal behavior or fraud again.

The problem is that the bank fraud to which she pled guilty is just the latest in a decade-long crescendo of criminal conduct and destructive deceptions.  Her criminal history category appears to reflect an otherwise law-abiding life, but in reality, it demonstrates an ability to use her education, privilege and status to avoid accountability or consequences for behavior that those without that privilege and status often cannot avoid.

While this Court has limited access to evidence regarding the claims and critical time period in her sentencing memo, the Alexandria Circuit Court was able to evaluate those claims over an extended period of time with a substantial amount of evidence.  Trish described the period of time before the bank fraud as "unblemished years" during which she lived "without even an allegation of criminal wrongdoing."

However, the Alexandria Circuit Court issued written findings of fact, describing dozens of crimes Trish had committed, fueled by a number of elaborate deceptions.  Specifically, it found that she:

- "used misrepresentation or omission of material facts to manipulate multiple doctors into giving her prescriptions for Schedule II controlled substances"
- "forged more than 70 prescriptions for controlled substances"
- "fabricated cancer surgery and records"
- "submitted fabricated hospital records to the Court"
- "purchased fake urine used to beat drug tests"
- "blocked drug testing by sending a forged letter to NMS Labs purporting to be from partners at the law firm that formerly employed her," and
- "tested positive for all three controlled substances in the forged prescriptions filled in her name, thereby placing the minor children at risk."

A copy of the Alexandria Court's order has been attached as **Exhibit A**.

In March 2015, Trish secretly purchased extremely dangerous drugs from China that she arranged to have delivered to our home.  These "designer drugs" or "research chemicals" included amphetamines, benzodiazepines, an ecstasy-like drug, and an extremely powerful opiate that she later described as eighty (80) times more powerful than heroin (collectively, "China Drugs").  She later admitted that she put some of the China Drugs into empty capsules that she hid in various locations, including a gum container used by our small children.

When a drug test came back positive for methamphetamine, amphetamine, MDMA, and benzodiazepines, a team of police officers came to the family home and seized what they believed were all of the remaining China Drugs. However, Trish never experienced any criminal consequences for the choices she made.

█████████████████ Child Protective Services ("CPS") asked me to sign a safety contract to ensure that Trish was not in the marital home and to file for custody of the minor children to ensure their ongoing safety; otherwise, they would take further action to protect the children.  A copy of the CPS safety contract is attached as **Exhibit B**.

On June 12, 2015, a final order was entered by the City of Alexandria Juvenile and Domestic Relations Court awarding me sole legal and physical custody and allowing Trish progressively more visitation over time, conditioned on her successfully completing a minimum of 16 weeks of inpatient treatment, abstaining from all addictive substances, and fully complying with court-ordered drug testing.

Trish told me and other family members that she had done well at treatment, but the medical records told a different story, noting an ongoing pattern of blame-shifting and refusing to take responsibility for her choices:





A copy of the medical records is attached as **Exhibit C**.

After returning from treatment, Trish began to go to multiple doctors and provide fake symptoms to obtain prescriptions for controlled substances and to purchase illegal research chemicals that she knew would not show up on court-ordered drug tests. She also began to purchase urine, as she had in the past, to smuggle in as a substitute sample to produce false negatives on court-ordered drug tests.

### Forged Prescriptions, Doctor-Shopping & Blame-Shifting

At the same time as she was fraudulently obtaining prescription drugs and buying urine to beat drug tests, she successfully deceived her family law attorney into believing she was doing great and had "remained sober since April 12, 2015." Through her family law attorney, Trish began to press the family court for more visitation and less supervision, claiming that she had "successfully completed her sixteen-week in-patient treatment at the Wellness Treatment Center," had "remained sober since April 12, 2015," and that all her drug tests had "come back negative in every category." She also "continues in weekly therapy" and "attends 12-step meetings" while being "a responsible full-time attorney working for a prestigious Washington, D.C. law firm."

Around the same time, Trish also began to forge prescriptions for controlled substances. In just over six months, she filled at least 81 prescriptions for controlled substances by illegal doctor-shopping and by forging prescriptions, representing 7,229 pills from 27 different pharmacies. We know this from physician testimony, pharmacy subpoena returns, matching purchases to multiple credit card records from multiple banks, and by security videos from multiple pharmacies showing her purchasing and picking up forged prescriptions.

As her forged prescriptions began to come to light, Trish began to claim that I was framing her purportedly by forging dozens of prescriptions for controlled substances in her name; hiring doppelgangers to the fill them; stealing her identity; fabricating records, pharmacy videos, photos and drug tests; and committing perjury on the stand. None of this was true.

### NMS Labs

When we learned that Trish was manipulating court-ordered drug testing by purchasing fake urine and obtaining controlled substances and designer drugs that she knew would not show up on drug tests, we arranged for her samples to be sent to NMS Labs, which could conduct more comprehensive testing, including testing for the controlled substances in the prescriptions Trish had been forging. When Trish learned that her samples were to undergo more comprehensive testing at NMS Labs, she forged letters to NMS Labs on Arent Fox letterhead in the name of two HIPAA partners, purporting to copy multiple federal agencies, and threatening serious consequences if NMS Labs processed the samples. NMS Labs responded that it would not process the samples without a court order.

When Arent Fox confronted Trish about the forged letters to NMS Labs, she again failed to take responsibility for her choices, alternately blaming her secretary and her family law attorney. Following an internal investigation, Arent Fox terminated Trish's employment with the firm. However, it does not appear

that Trish's conduct was reported to the DC or Texas bar, and she remains to this day a lawyer in good standing in the DC Bar.

**Fake Cancer**

In February 2016, Trish claimed that troubling symptoms (regularly staying up all night, losing weight, appearing jittery, passing out during visits, etc.) that might otherwise be attributed to illicit drug use were actually the result of thyroid cancer. I took it for granted that she was telling the truth when she first sent the cancer diagnostic report from Dr. West at the Washington Endocrine Clinic, and I offered to help.

But later we received a letter from the Washington Endocrine Clinic stating that she had never been a patient there. The Washington Endocrine Clinic also provided a recorded phone call between Trish and the Washington Endocrine Clinic in which she acknowledged that she had never been a patient of theirs and groaned when she learned that the Clinic had sent her attorneys a letter disclosing the truth.

She tried to salvage the lie in some way by asking if Dr. West worked anywhere else, and through that process learned that he had spent time at Johns Hopkins. With that knowledge, she created a fraudulent gmail account to impersonate Dr. West and sent her lawyer emails pretending to be him and attaching fabricated medical records purporting to show that she was a cancer patient at the Washington Endocrine Clinic after all. The emails she sent impersonating Dr. West indicated that he had been delayed in responding to Trish's lawyers' requests for information because he was traveling back and forth from Johns Hopkins. However, in his testimony, the real Dr. West explained that he had not been to Johns Hopkins in years, that the gmail account Trish used to impersonate him was not his, and that the purported medical records Trish attached to the emails impersonating him were also fabrications. However, Trish never experienced any criminal consequences for the choices she made.

A copy of Dr. West's Deposition transcript is attached as **Exhibit D**.

Dr. West also testified that the cancer diagnostic report she sent was a fabrication, and that it used the wrong website in the wordmark and logo of what was supposed to be the clinic's letterhead (.org instead of .com).

To bolster her fake cancer claim, she said that she had a major cancer surgery to remove her thyroid and began to wear a bandage over her neck.  She even provided detailed hospital records to the Court, listing Dr. West as one of her treating physicians.  Dr. West, however, testified that the purported hospital records Trish claimed were from MEDStar hospital listing him as one of her doctors were fabrications.

The records coming directly from multiple MEDStar hospitals also showed that she had fabricated MEDstar hospital records, and they had no record of Trish being there for cancer surgery.

To support her claim that she was not the one forging prescriptions in her name for controlled substances, she claimed to have been hospitalized for several days at the same time as pharmacy records showed a prescription for controlled substances in her name was being filled.  She submitted to the court hospital records to support her claim and even photos of herself purporting to have been taken from the hospital. However, subpoenaed records later revealed that the hospital records were Trish's fabrications, and photos purporting to have been taken from the hospital were geo-tagged to her apartment and time-stamped during the time that she was supposed to have been at the hospital.

On top of Dr. West's testimony, the fabricated emails and cancer diagnostic report, the recorded phone call, and the hospital records, photos revealed that the bandage covering Trish's supposed cancer scar shifted from one side of her neck to the middle of her neck to the other side of her neck, and that on at least two occasions, she forgot to use a bandage, and those photos documented that she had no scar at all. When her

attorneys confronted her about the moving cancer scar, the fake hospital records and fake cancer records, Trish appeared to create a mild friction burn on one side of her neck to try to bolster the deception of a cancer surgery scar, but Dr. West testified that the location was not consistent with a thyroidectomy and the nature of the injury was not consistent with the scar from a surgical incision. Ultimately, her own lawyers filed a motion to withdraw the fabricated documents from the record and to withdraw from the case.

A copy of the Motion to Withdraw Documents is attached as **Exhibit E**.

Even after the Alexandria Circuit Court issued written findings of her criminal behavior, including her elaborate cancer fraud, Trish was not deterred.  In fact, she amplified the cancer fraud.  In September 2016, Trish submitted a package to UNUM, Arent Fox's disability insurer, seeking to obtain her full law firm salary for her purported thyroid cancer, surgery and complications.  In support of the fraud, she submitted fabricated letters and records from Dr. Meeta Sharma, a real physician who had no idea Trish had coopted her name and credentials in service of this fraud:

> I want to put in my side of it, which I find extremely shocking to me.  I've been an endocrinologist now for 23-plus years.  And this is the first time this has happened. I didn't even know it could happen.  Now I know.  And I find it very, very troublesome.  And so I've spent a lot of emotional energy thinking about why my name was picked. And why was my name placed on falsified documents?  I find it all very troublesome.  And I have to process it.

A copy of Dr. Sharma's deposition transcript is attached as **Exhibit F** (23:18 – 24:7). The emotional toll of her fraud may not show up in loss amounts, but it is nevertheless very costly.  Trish also used the fabricated letter purporting to be from Dr. Sharma to reaffirm in her parents' minds that her cancer narrative was true, a claim that I believe they still hold today despite receiving overwhelming evidence to the contrary.

Trish continued to amplify the fraud in 2017 when she created a GoFundMe page, claiming that she had been "surprised by a cancer diagnosis," and "[s]ince my surgery in April, I have not been able to return to full time work."  She claimed to be deeply in debt from "medical bills" and sought $100,000.  By April 27, 2017, her GoFundMe page reflected $103,895 in funds, raised by 80 people in 2 months.

Similarly, in February 2017, Trish used her fraudulent GoFundMe campaign to support a live fundraiser with her parents and friends in Asheville to "Rally Around Trish."  Hundreds of people were invited to the fundraiser to overcome the "injustice" that was served on her.  The invitation promised "live music, food and beverages, a silent auction, and TONS of fun."  Trish failed to show up for her own fundraiser, claiming to have missed her flight.  She had her parents read a message from her and included a message to the crowd from Facebook, closing with an advertisement for another fraud: the Women's Truth and Justice Foundation, which claims to have been started by Trish and her mother to help abused women.  As someone who has devoted his professional career to working on behalf of victimized women, it is particularly offensive to see Trish coopting the visceral hatred of abuse into another tool to commit fraud.

The costs of Trish's cancer fraud were not only financial.  She needlessly imposed a weighty burden of concern on me, her parents, and other friends and family. I understand that her mother even connected Trish with real cancer survivors, who shared vulnerably and personally from their own experiences to emotionally support her in what was a cruel fiction.

**2.  Trish Claims Multi-Year Fraud is Not Her Fault.**

   **a.  Trauma of her Ex-Husband stripping her kids away**

Trish's sentencing memo also seeks to shift responsibility for her multi-year fraud to me and the trauma of me allegedly stripping her kids away. Her sentencing memo claims that she "has not been permitted to see or communicate with [the children] *by her ex-husband* for about four years." (emphasis added). That decision, however, was made in July 2016 by the Alexandria Circuit Court, which suspended visitation and found that Trish had violated the Court Order put in place to keep the children safe and that her contact with the children "is detrimental to their well-being to a significant extent." Ex. A at 7:4-7.

Referencing the findings of extensive criminal and fraudulent conduct bulleted above on page 3, the Alexandria Circuit Court issued a familiar admonishment that Trish has been hearing for a decade:

> It's your behavior and your behavior alone that has cost you the ability to interact with your children. It has cost you what I expect was a very rewarding job. And my concern is in the future it will cost you your health. It could cost you the ability to practice your profession … and it could ultimately result in the loss of your freedom. And those things are unfortunate, to say the least.

Ex. A at 5:7-22. One might expect that these consequences and cautionary admonishments would deter her from engaging in further criminal behavior. But she seemed emboldened. Even after a clear warning from the judge about what would happen if she didn't change her behavior, she chose to turn up her criminal conduct a few notches.

**b. Noble desire to get the money required to get her kids back.**

Trish's sentencing memo also attempts to shift responsibility for her multi-year fraud onto me by claiming it "centered around a desperate desire to satisfy mounting financial obligations related to her divorce and custody proceedings so that she could get access to her children back."

The financial obligations, however, were the product of her own fraud. Trish's sentencing memo accurately states that the Alexandria Circuit Court found her guilty of civil contempt and sentenced her to 30 days in jail. However, it neglects to mention that the basis of the contempt was Trish secretly accessing a credit card in my name only and running up over $30,000 in overseas bitcoin and other purchases. She repeatedly claimed that she had the money to pay for the fraud she committed, but she refused to do so. In fact, she was released when it appeared to the Court that she had paid off the balance. We discovered after the Court released her that she had used a fictitious account to pay the balance.

The only remaining financial obligation she references is what she owes her children. The FBI documents show that Trish claims to have obtained "almost $5 million" in funds under her control while discussing hacking into various brokerage accounts. She identified those funds with specificity – down to the penny: "TS: I have available to fund and loaded: checking accounts: $1,508,717.28 brokerage accounts: $3,274,225.38." Given the byzantine structure of her accounts, the sheer volume of accounts she used, and the difficulty of tracing international cryptocurrency, we may never know the true total of money that she stole. But whatever it was, her financial obligation to her children was a miniscule fraction of that. If obtaining the money necessary to pay her child support obligation was her purported motive, she certainly didn't need to engage in a multi-year, multi-million-dollar fraud to do so.

Not only does the comparatively miniscule size of her financial obligation relative to the size of her fraud belie the claim that her fraud was motivated by a desire to get the money necessary to have visitation with the kids. So also does the fact that she repeatedly chose not to pursue opportunities to spend more time with the kids.

In August 2016, the Alexandria Circuit Court set forth a series of steps Trish could take to seek visitation with the children. The first was very simple: submit a credible mental health evaluator for the Alexandria Circuit Court to approve to conduct a psychiatric and substance abuse evaluation. However, Trish didn't even take the first step for nearly 2.5 years. Once the evaluator was selected, Trish delayed and no-showed. To this day, more than 4 years after the Alexandria Circuit Court's Order, Trish still has not met a single time with the evaluator. But when the objective was reducing her jailtime, she had no trouble finding the time and resources required to meet with her criminal defense team's evaluator, who I suspect was not presented with anything close to a full picture of the facts.

We now know that she did not have a legitimate job during that 4-year period that might create conflicts for her to meet with the evaluator. If she were really motivated by a desire to be reunited with her children, she would not have prioritized defrauding innocent people of millions of dollars over taking the first simple steps required by the Court to petition for visitation with her children.

Trish is shrewd enough to understand that for others, the narrative of a mother unjustly separated from her children and desperately trying to be reunited with them is powerful and visceral. She made it a centerpiece of her GoFundMe Fraud, her Rally Around Trish fraud, and her Women's Truth & Justice Foundation fraud. As we can see from her behavior, however, the motive of her fraud was to make money by outsmarting and conning others, and the desperate mother narrative was more valuable for her purposes than the privileges and responsibilities of actually parenting the kids.

### c. Mental Health & Addiction Challenges

There are a lot of people with mental health and addiction challenges who don't steal millions of dollars from innocent people. Even as the lies and destructive behavior grew more and more catastrophic, time and time again, Trish received literally hundreds of thousands of dollars' worth of addiction and mental health treatment from some of the best providers in the country. She also had the benefit of a supportive family, friends, church, therapists, and AA groups and sponsors. Yet she still chose to engage in criminal and destructive behavior.

*********************

Trish has been given a life of remarkable promise and opportunity. While she has been quick to take credit for the impressive achievements in her life, she has not meaningfully taken responsibility for the deceptive and destructive choices she has made and continues to make. At every turn, she has blamed others or external circumstances for her destructive choices.

At this point, no consequence has been significant enough to stop Tricia's continued criminal behavior. She has already had access to nearly a decade's worth of world-class mental health and addiction treatment, and her cons have only grown larger. Losing her job in connection with a forgery did not stop her. Written findings of fact by the Alexandria Circuit Court, detailing dozens of crimes did not stop her. Strong admonitions by the Court of what would likely happen if she did not change her behavior did not stop her. Being in jail for civil contempt did not stop her. Nor did being arrested by the FBI. She went right back to violating her conditions of release. The time she has served so far has not stopped her:

- The FBI indicated that after this Court released her following the entry of her plea, she accessed her Facebook account and a Coin Cafe cryptocurrency account in violation of the conditions of her release.
- Last month, she submitted doctored text messages to the Alexandria Circuit Court in another attempted fraud.

- On September 11, 2020, my sister and brother-in-law discovered that she had opened a new account fraudulently using their mailing address.  A copy of the letter is attached as **Exhibit G**.

Trish's parents are good people, but they are simply not capable of policing her.  I believe that in their pain and grief, they cannot see or accept what she has done and continue to cling to her victim narratives about being framed and surviving cancer.  We've tried having her parents monitor her before.  It hasn't worked. It just sets everyone up for failure: her parents, her, and her present and future victims.

I believe the only remaining chance she has to reverse the increasingly destructive path she has been on is a lengthy period of imprisonment where she is not using drugs, engaging in elaborate deceptions, or shifting responsibility for the destructive choices that she has made.  It will continue to be up to her whether she chooses to genuinely reckon with what she has done and take responsibility for it or not.  But in the meantime, you will at least provide a sustained reprieve from the destabilizing chaos and trauma that our family and dozens of others have endured.  I believe that is, in the long run, the most merciful thing you can do – for her, and for us.

Respectfully yours,

Victor Boutros