# SAFETY PLAN

**AGENCY:** CPS - City of Alexandria          **DATE:** 5/11/12

**PARENT(S)/CARETAKER(S):** Tricia + Victor Boutros   **CHILD(REN):** ▮▮▮▮▮ Boutros

**Initial Report, Related to Child Safety:** Mother has been abusing substances in the home with the children. She was driving a car while under the influence and placed drugs in the home in potential reach of children.

**Summary of safety factors identified and any protective factors that address the safety concerns:** Mr. Boutros is willing to work with CPS and file necessary orders. Mrs. Boutros is out of the home.

**Immediate Needs identified by family and/or social worker:** Mother cannot be in home due to substance abuse history. Father is caring for Mother. Mother needs long-term substance abuse treatment before she could return to the home.

**Caretaker(s) actions/referrals/safety plan:** Mr. Boutros agrees to file a protective order against Mrs. Tricia Boutros so that she cannot reside in the home, per the recommendation of Alexandria Child Protective Services. Alexandria CPS also recommends that Mr. Boutros file for physical custody of the children to ensure ongoing safety.

**Social Worker plans/actions:** CPS will contact Ms. Boutros to communicate our concerns and recommendations. CPS will provide ongoing services and referrals as needed to the family.

**Caretaker(s)** _[signature]_          **Date** 5/11/2015
**Social Worker** _[signature] Virginia_____          **Date** 5/11/2015
**Others** _____

032-02-033/1 (7/01)