WELLNESS
RESOURCE CENTER

Wellness Resource Center - CRC Health Group

7940 North Federal Highway - #120 Boca Raton, FL 33487

Main: 561.995.7388 ext. 120 / Fax: 561.995.2492

Website: www.wellnessresourcecenter.com

SCANNED

# FAX

To: Victor Boutros | From: Med Rec Dept.

~~Fax:~~ email victor.boutros@gmail.com | Pages: 40

Date: 10/5/15

Re: Tricia B. | CC:

☐ Urgent ☒ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

## CONFIDENTIALITY

CONFIDENTIALITY NOTICE:
This message is protected under the Federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosure of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. If you are not the intended recipient, please contact the sender by reply e-mail or the phone numbers provided and destroy all copies of the original message.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]