Let this be filed.
Signed by Judge Amit P. Mehta
9/20/2022

**Jean Claude Douyon**

| | |
|---|---|
| **From:** | William Zapf <WZapf@kaiserdillon.com> |
| **Sent:** | Tuesday, September 20, 2022 12:20 PM |
| **To:** | Jean Claude Douyon |
| **Cc:** | Justin Adams; Aloi, Elizabeth (USADC); Jon Jeffress; Trent Tucker |
| **Subject:** | US v. Tricia Boutros, 20cr82 |
| **Attachments:** | 78 probation petition.pdf |

**CAUTION - EXTERNAL:**

Good afternoon, Mr. Douyon.

On behalf of Ms. Boutros in the above-captioned case, we are in receipt of the Probation Office's petition to transfer jurisdiction over Ms. Boutros's case from this Court to the Western District of North Carolina, filed yesterday and attached here for the Court's convenience. I have copied counsel for the government; Officer Tucker, who signed the petition; and Officer Adams, Ms. Boutros's supervising probation officer in North Carolina.

Although we certainly understand that there may be benefits to the Probation Office from such a transfer, we respectfully ask this Court to consider the unusual complexity of Ms. Boutros's case and the Court's deep familiarity with the various factors that make her case unique, including her history of mental health issues and other personal circumstances. She greatly appreciates the attention this Court has paid to her reentry process and hopes that it can continue.

If you could please communicate these concerns to the Court, we would appreciate it. Thank you.

Best regards,
Bill

William E. Zapf
**KaiserDillon PLLC**
1099 14th Street, NW
Washington, DC 20005
202-869-1300 (office)
202-368-1343 (mobile)
wzapf@kaiserdillon.com

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 202-640-2850.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.